# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1102

WRITER'S DIRECT FAX
212-373-7902

E-MAIL
EFRIEDMAN@FKLAW.COM

NORMAN ALPERT
ASAF REINDEL
COUNSEL

ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
PEARLINE M. HONG
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
EMILY L. CHANG
ANDREW M. ENGLANDER
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
SARAH F. FOLEY
JAMUNA D. KELLEY
RAINA L. NORTICK
MICHAEL S. PALMIERI
TANVIR VAHORA
NORA BOJAR
KEVIN J. LIN
ANDREW C. KOSTIC

July 23, 2014

BY E-MAIL

Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *NML Capital, Ltd. v. The Republic of Argentina*
   Nos. 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708
  *Aurelius Capital Master, Ltd. v. The Republic of Argentina*
   Nos. 09 Civ. 8757, 09 Civ. 10620, 10 Civ. 3970, 10 Civ. 8339
  *Aurelius Opportunities Fund II, LLC v. The Republic of Argentina*
   Nos. 10 Civ. 1602, 10 Civ. 3507
  *Blue Angel Capital I LLC v. The Republic of Argentina*
   Nos. 10 Civ. 4101, 10 Civ. 4782
  *Pablo Alberto Varela v. The Republic of Argentina*
   No. 10 Civ. 5338
  *Olifant Fund, Ltd. v. The Republic of Argentina*
   No. 10 Civ. 9587

Dear Judge Griesa:

During the argument yesterday with respect to Plaintiffs' Motion for Partial Reconsideration of the Citibank Order, Your Honor asked a question concerning the volume of the Exchange Bonds that are at issue on that motion – i.e., the bonds issued

2965327.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa     - 2 -     July 23, 2014

in the 2005 and 2010 Exchange Offers governed by Argentine law and denominated in U.S. dollars. In response to Your Honor's question, the following table represents the total universe of outstanding Exchange Bonds:

|  | Principal Amount (US$) | Percentage of Total Exchange Bonds |
|---|---|---|
| Exchange Bonds that Citibank wants to exclude from the Amended February 23 Orders | $8.4 billion | 22.5% |
| All Other Exchange Bonds[1] | $28.8 billion | 77.5% |
| Total Exchange Bonds | $37.1 billion | 100.0% |

This table shows that the principal amount of the bonds that Citibank wants to exclude from the purview of the Court's Amended February 23 Orders is $8.4 billion, and such amount represents 22.5 % of the total universe of Exchange Bonds. The annual interest on these bonds is $617 million per year.

As discussed in Court yesterday, The Bank of New York is not the indenture trustee for the $8.4 billion of U.S. Dollar-denominated Argentine law Exchange Bonds, but these bonds are in fact Exchange Bonds as defined in the Amended February 23 Orders because they were indisputably issued as part of the 2005 and 2010 Exchange Offers. Moreover, these bonds are indisputably External Indebtedness under the *pari passu* provision of the FAA, which the Amended February 23 Orders enforce.

Respectfully yours,

Edward A. Friedman /CEE

---

[1] In light of Your Honor's ruling as to peso-denominated bonds, which Plaintiffs are not asking the Court to reconsider, we are excluding the peso-denominated bonds and not counting them as Exchange Bonds.

2965327.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa — - 3 - — July 23, 2014

cc: Karen E. Wagner, Esq.
 Carmine Boccuzzi, Esq.
 Robert A. Cohen, Esq.
 Robert Carroll, Esq.
 Kevin S. Reed, Esq.
 Michael Spencer, Esq.
 Leonard F. Lesser, Esq.

2965327.2