UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
NML CAPITAL, LTD.,                                       :
                                                         :   08 Civ. 6978 (TPG)
                    Plaintiff,                           :   09 Civ. 1707 (TPG)
                                                         :   09 Civ. 1708 (TPG)
        v.                                               :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                    Defendant.                           :
---------------------------------------------------------- x
                                                         :
AURELIUS CAPITAL MASTER, LTD. and                        :
ACP MASTER, LTD.,                                        :   09 Civ. 8757 (TPG)
                                                         :   09 Civ. 10620 (TPG)
                    Plaintiffs,                          :
                                                         :
        v.                                               :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                    Defendant.                           :
                                                         :
---------------------------------------------------------- x
                                                         :
AURELIUS OPPORTUNITIES FUND II, LLC                      :
and AURELIUS CAPITAL MASTER, LTD.,                       :   10 Civ. 1602 (TPG)
                                                         :   10 Civ. 3507 (TPG)
                    Plaintiffs,                          :
                                                         :
        v.                                               :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                    Defendant.                           :
                                                         :   **(captions continued on next page)**
---------------------------------------------------------- x

**DECLARATION OF ERIC J. FINKELSTEIN IN OPPOSITION TO
NON-PARTIES EURO BONDHOLDERS' EMERGENCY MOTION
FOR STAY**

2975688.1

```
-------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                        :
AURELIUS OPPORTUNITIES FUND II, LLC,                     :   10 Civ. 3970 (TPG)
                                                         :   10 Civ. 8339 (TPG)
                     Plaintiffs,                         :
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                     Defendant.                          :
-------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                                :
                                                         :
                     Plaintiff,                          :   10 Civ. 4101 (TPG)
                                                         :   10 Civ. 4782 (TPG)
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                     Defendant.                          :
-------------------------------------------------------- x
OLIFANT FUND, LTD.,                                      :
                                                         :
                     Plaintiff,                          :   10 Civ. 9587 (TPG)
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                     Defendant.                          :
-------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                            :
                                                         :
                     Plaintiff,                          :   10 Civ. 5338 (TPG)
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                     Defendant.                          :
-------------------------------------------------------- x
```

I, Eric J. Finkelstein, declare as follows:

1. I am an associate in the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC. I make this Declaration to put before this Court certain documents related to Plaintiffs' Opposition to the Non-Parties Euro Bondholders' Emergency Motion for Stay.

2. Attached to this Declaration as Exhibits A through H are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Hearing Transcript, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (July 22, 2014) |
| B | Hearing Transcript, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (June 27, 2014) |
| C | Transcript of speech given by Argentina Economy Minister Axel Kicillof at the Organization of American States (July 3, 2014) |
| D | Advertisement placed in the *Wall Street Journal* by Argentina (June 29, 2014) |
| E | Hugh Bronstein (Reuters), *Argentina Gets Set for Debt Talks by Calling U.S. Judge Biased* (July 4, 2014) |
| F | Nate Raymond (Reuters), *Holdout Fund Decries Argentina's Position Ahead of Hearing* (July 22, 2014) |
| G | Form of Security for Exchange Bonds |
| H | Prospectus Supplement for Exchange Bonds |

2975688.1

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, NY
on this 30th day of July, 2014

                                            Eric J. Finkelstein

2

2975688.1