# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1102

WRITER'S DIRECT FAX
212-373-7902

E-MAIL
EFRIEDMAN@FKLAW.COM

RICHARD M. HOFFMAN
SENIOR COUNSEL

NORMAN ALPERT
ASAF REINDEL
L. REID SKIBELL
COUNSEL

STEVEN E. FRANKEL
DANIEL R. GREENBERG
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
PEARLINE M. HONG
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
EMILY L. CHANG
ANDREW M. ENGLANDER
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH L. MACCHIAVERNA
SARAH F. FOLEY
JAMUNA D. KELLEY
RAINA L. NORTICK
MICHAEL S. PALMIERI
ELLIOT CHOI
TANVIR VAHORA
NORA BOJAR
KEVIN J. LIN
ANDREW C. KOSTIC

July 31, 2014

BY E-MAIL

Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *NML Capital, Ltd. v. The Republic of Argentina*
            Nos. 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708
        *Aurelius Capital Master, Ltd. v. The Republic of Argentina*
            Nos. 09 Civ. 8757, 09 Civ. 10620, 10 Civ. 3970, 10 Civ. 8339
        *Aurelius Opportunities Fund II, LLC v. The Republic of Argentina*
            Nos. 10 Civ. 1602, 10 Civ. 3507
        *Blue Angel Capital I LLC v. The Republic of Argentina*
            Nos. 10 Civ. 4101, 10 Civ. 4782
        *Pablo Alberto Varela v. The Republic of Argentina*
            No. 10 Civ. 5338
        *Olifant Fund, Ltd. v. The Republic of Argentina*
            No. 10 Civ. 9587

Dear Judge Griesa:

        We represent plaintiffs Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., and Blue Angel Capital I LLC.  We write on behalf of plaintiffs in all of the above-referenced cases, and with the consent of non-parties - Euroclear Bank SA/NV and Clearstream Banking SA.

2977774.2

Hon. Thomas P. Griesa - 2 - July 31, 2014

      I enclose a form of order that plaintiffs, Euroclear and Clearstream have consented to that would resolve Euroclear's motion to clarify the Amended February 23, 2012 Orders and Clearstream's motion to clarify or modify the Amended February 23 Orders.

      Clearstream and Euroclear request that the court enter the order as soon as possible.

      Respectfully yours,

      *Edward A. Friedman*

      Edward A. Friedman

Enclosure
cc:   All counsel of record (by ECF)

2977774.2