# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1102

WRITER'S DIRECT FAX
212-373-7902

E-MAIL
EFRIEDMAN@FKLAW.COM

RICHARD M. HOFFMAN
SENIOR COUNSEL

NORMAN ALPERT
ASAF REINDEL
L. REID SKIBELL
COUNSEL

STEVEN E. FRANKEL
DANIEL R. GREENBERG
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
PEARLINE M. HONG
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
EMILY L. CHANG
ANDREW M. ENGLANDER
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH L. MACCHIAVERNA
SARAH F. FOLEY
JAMUNA D. KELLEY
RAINA L. NORTICK
MICHAEL S. PALMIERI
ELLIOT CHOI
TANVIR VAHORA
NORA BOJAR
KEVIN J. LIN
ANDREW C. KOSTIC

August 1, 2014

<u>BY E-MAIL</u>

Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:    *NML Capital, Ltd. v. The Republic of Argentina*
> Nos. 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708
> *Aurelius Capital Master, Ltd. v. The Republic of Argentina*
> Nos. 09 Civ. 8757, 09 Civ. 10620, 10 Civ. 3970, 10 Civ. 8339
> *Aurelius Opportunities Fund II, LLC v. The Republic of Argentina*
> Nos. 10 Civ. 1602, 10 Civ. 3507
> *Blue Angel Capital I LLC v. The Republic of Argentina*
> Nos. 10 Civ. 4101, 10 Civ. 4782
> *Pablo Alberto Varela v. The Republic of Argentina*
> No. 10 Civ. 5338
> *Olifant Fund, Ltd. v. The Republic of Argentina*
> No. 10 Civ. 9587

Dear Judge Griesa:

We represent plaintiffs Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., and Blue Angel Capital I LLC.  We write on behalf of plaintiffs in all of the above-referenced cases, and with the consent of non-party The Bank of New York Mellon ("BNY").

Hon. Thomas P. Griesa                    - 2 -                          August 1, 2014

    I enclose a form of order that plaintiffs and BNY have consented to that would resolve BNY's motion for clarification of the Amended February 23, 2012 Orders.

          Respectfully yours,

          *Edward A. Friedman*

          Edward A. Friedman


Enclosure
cc: All counsel of record (by ECF)

2978199.1