# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

August 21, 2014

VIA ECF

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1630
New York, NY 10007-1312

Re:  *NML Capital, Ltd. v. Republic of Argentina*, Nos. 08-cv-6978, 09-cv-1707, 09-cv-1708
*Aurelius Capital Master Fund, et al. v. Republic of Argentina*, Nos. 09-cv-8757, 09-cv-10620
*Aurelius Opportunities Fund II, et al. v. Republic of Argentina*, Nos. 10-cv-1602, 10-cv-3507, 10-cv-3970, 10-cv-8339;
*Blue Angel Capital I LLC v. Republic of Argentina*, Nos. 10-cv-4101, 10-cv-4782;
*Olifant Fund, Ltd. v. Republic of Argentina*, No. 10-cv-9587;
*Varela, et al. v. Republic of Argentina*, No. 10-cv-5338.

Dear Judge Griesa:

      I write on behalf of Plaintiffs in the above-captioned cases. On August 20, 2014, Plaintiffs submitted a letter to the Court regarding Argentina's announcement that it would enact legislation to change the manner in which it makes payments on the Exchange Bonds, in violation of this Court's orders. That letter referenced two statements from Argentine officials—an August 19, 2014 speech from President Cristina Fernandez de Kirchner and an August 20, 2014 statement by Argentine Economy Minister Axel Kicillof—and promised to provide the Court with translations of those statements once they were available. Those translations are now available. Plaintiffs accordingly attach as Exhibit A a transcript and certified translation of President Kirchner's August 19 speech, and attach as Exhibit B a copy and certified translation of a press release issued by the Argentine Economy Ministry containing Minister Kicillof's August 20 statements.

**GIBSON DUNN**

The Honorable Thomas P. Griesa
August 21, 2014
Page 2

Sincerely,

Matthew D. McGill

Attachments