# Exhibit A

August 19, 2014

## SPEECH ON NATIONAL RADIO BY THE PRESIDENT OF THE NATION, CRISTINA FERNÁNDEZ DE KIRCHNER, FROM THE PRESIDENTIAL OFFICE IN THE CASA ROSADA.

Good evening to you all. Once again I address all my compatriots by this means to discuss a historic and complex topic which affects not only all Argentines, but indeed all Argentines in the future, and it has a history dating back to 1976 when our total foreign debt stood at only 8 billion dollars at the time the constitutional government was overthrown. From the date of that coup against the government and also from era of the successive democratic governments, from December 10, 1983, onwards, that foreign debt grew exponentially to become a severe and critical factor affecting Argentine growth, Argentine development and our country's potential as a nation.

It was precisely our ministry which in 2003, after the default of 2001 — a default that should be explained because it is as well when we speak of this matter to remember and not cast blame anyone, but instead simply remind everyone how we reached that default. The default of 2001 was caused by that same enormous debt, which during the military dictatorship, as I mentioned, but also during the neoliberal economic model of the '90's, was due to convertibility system, when an illusory prosperity of the few, or maybe of many at the start but which was constantly reduced, ended in a huge debt that exploded and imploded in 2001, after the mega-swap and the shield, for which, as you'll also recall, scandalously high commissions were paid, which did nothing but increase our foreign debt. That's how we reached 2001, when Argentina defaulted and, of course, caused an institutional rupture that prevented a constitutional government from completing its term, and when we also had the rare phenomenon of five presidents in a week.

On May 25, 2003, President Kirchner assumed the office of president and began to address this problem which was an issue for all the political parties. There was no political party, no social movement, and no Argentine who didn't discuss the foreign debt and express the need for eliminating this scourge and addressing it. Some talked of repudiating our foreign debt, but we all know that this was, more than anything, a slogan, simply because ever since December 10, 1983, every congress, every parliament — which are the bodies having the constitutional power to legislate and assume or repudiate a debt — promptly assumed more debt which continued to grow ever larger.

I would therefore like to return to 2003, when we began feverish negotiations, in 2004 as well, until we were able to reach an agreement after prolonged negotiation and globetrotting, including presentations in Abu Dhabi, to restructure the first part of the debt that successfully embraced 76 percent. At that time, 76 percent, and I'm talking about 2005, 76 percent of our creditors accepted reductions and extensions that resulted in a significant reduction of the debt.

For the first time, a government was able to reduce foreign debt and not increase it. And curiously, for the first time, the government began to pay it off, because all the other payments were never really payments but simply a financial bicycle where loans were made that were an accounting entry to refinance, increase punitive interest and so continue accumulating debt like an immense snowball that never seemed to stop.

I reiterate that in 2005 we successfully restructured 76 percent of our debt and from then we began to pay; a government that had not contracted any debt but, to the contrary, was paying off the debt of previous governments. Then, in 2010, we addressed another part of the debt restructuring and obtained an even greater degree of agreement. We found, after numerous trips to several countries around the world, principally in Italy, Germany and Japan, that there were many small non-individualized bond holders, and we achieved the unprecedented figure in the field of sovereign debt restructuring of the type held by Argentina of 92.4 percent.

In doing so, we not only secured the restructuring of the debt, but we also paid off the International Monetary Fund specifically to obtain independence in the formulation of our economic and social policies, and were eventually converted into the nation that recently paid off or agreed to pay off a debt to the Paris Club that also dated from 1956. I was only three years old when we began to take on this debt, and our Minister of the Economy, who negotiated with 10 European Union finance ministers, finally managed to secure agreement on the debt and we've already paid off the first quota of this agreement, to the tune of 642 million dollars.

During this period we also successfully completed the expropriation for Argentina of 51 percent of the shares of Repsol, allowing our country to recover its hydrocarbon sovereignty. And this situation, which seemed complex and difficult to fix, was also the subject of an agreement with our creditors, and we also began to reach agreement on our ongoing CEADI lawsuits. As you all know, CEADI is a court of the World Bank.

To summarize, if we have to characterize these years, we would say that they were years of indebtedness, but also of development because none of this was paid for with the hunger of the people. We would also say of that Argentina in default, from which in 2003 we inherited unemployment standing at 25 percent, with 54 percent in poverty, with over 27 percent destitute, and with all Argentina's shortfall in industries, factories, employment, retirement, social security, fundamental rights, and the right to a better life, but alongside this repayment we were also able to pay off a large part of Argentina's domestic social debt. Why do I say "a large part" and not "all"? Because, as I always say, we'll not be satisfied while there is a single poor person in this country and will remain in debt to the Argentine people.

In this respect, it's also important to understand that this restructuring of sovereign debt we achieved in 2005 and 2010 has its own logic, which is that of negotiating with creditors to obtain reductions in debt and the extension of payments, as is done in the private sector, and as is done in the bankruptcies of the private companies. If a country had to go and negotiate and accept that it had to pay one hundred percent, then there would be no default. The same occurs in the bankruptcy of a private company. When a bankruptcy occurs in a private company, an agreement is always required among the creditors to secure the survival of the company. And this restructuring of the sovereign debt, which had an important relief of 65 percent and significant extensions of payment periods, had one objective: to secure the survival of the country; to secure the viability of the Argentine Republic. The difference is clear: all countries have bankruptcy laws, but there's no international law for restructuring or for the bankruptcy of sovereign countries.

This was the context for the conflict that began and eventually reached public notoriety in recent times with the so-called vulture funds. What are the vulture funds? They are those with whom

we attempted to negotiate, and those for whom we were blamed in some quarters for not negotiating. By definition, the business of a vulture fund is to not negotiate. There are two types of creditors in a country: those that negotiate and can arrange restructuring, which is what happened in 2005 and 2010, some joining later than others, with plenty of negotiation as to debt relief and delayed payments, what type of securities, what payment periods, and negotiations of that sort. And the others, the vulture funds, those that acquired ownership of the debt of countries in default, including many of the vulture funds that today harass us judicially, acquired them even after 2008, after the bankruptcy of Lehman Brothers. And what is the business of the vulture funds? Specifically not to negotiate. This is the big business, because by legal harassment, by judicial means, they attempt to collect one hundred percent, punitive interest at usurial rates, in order to obtain judgments, such as that of Judge Griesa, that sets a 1,680 interest rate after only four or six years. Not only that, but they pursue legal harassment by means of embargoes and lawsuits.

So as not to make a mistake, I would like to read some figures we have obtained, of lawsuits we have suffered and the reasons for the embargoes we Argentines have suffered during recent years. Since 2001 — please note that I'm saying since 2001 and not since 2003 — since 2001, more than 900 lawsuits have been filed against our country, against your country, against my country, against our country, the Argentine Republic, and 80 embargo attempts have been made including against the reserves of the Central Bank; retirement funds; two scientific satellites, the construction of our embassy in Washington, our tall ship *Libertad* and even dinosaurs. Yes, exactly, at one point we decided to make a joint presentation with the German government of dinosaurs, of which we have many in Argentina. Well, there are various types of dinosaurs in Argentina, but those we sent to Germany were paleontological ones, that we found in excavations, and in which Argentina is very rich. They also tried to embargo these fossil remains, but we managed to avoid the embargoes thanks to the German government, to the intervention of the German government, and to the very important work done at that time by the German Embassy in Argentina.

Well, when all this failed, when did the lawsuits fail? Why did they fail? Because there's a principle in sovereign immunity, that publicly owned assets of the State cannot be seized. This cannot happen because sovereignty and sovereign immunity are recognized as part of international law. That's why we're part of the United Nations, that's why a majority of countries, when they're in conflict, have recourse to The Hague, as we to have done, as Italy has done, France, Germany and they've accepted that jurisdiction. But here you have it, Judge Griesa, in the United States, invented, in the service of the vulture funds, a novel form of coercion: the outlandish, and I want to clarify that this term, outlandish, is not my own, but was used by the United States government, when it acted as *amicus curiae*, an outlandish interpretation of the *pari passu* clause, utilized to ensure a profit, that's what I told them, of the 1.6 and upon not being able to seize any more dinosaurs, nor satellites, nor ships, nor embassies, nor retirement funds, nor assets of the Central Bank, nor of the Bank of the Nation, which were not Argentina's: the funds, the resources of the bondholders who had entered into to the 2005 and 2010 exchange. That's what Judge Griesa did when he authorized the seizure of funds which do not belong to us, that belong to third parties. Nevertheless, Argentina complied — in accordance with the contracts it signed — with those who had joined the 2005 and 2010 swap and deposited the sum of 1.15 billion dollars on time and in the correct manner at the Bank of New York, which was the trust indenture established in each of the prospectuses and contracts. It was a payment of 317 million pesos, the equivalent to 317 million dollars in pesos and 833

million dollars, in American currency. Of the payment in dollars, according to Argentine law, are 292 million dollars, that finally the Judge – after much back and forth and with a complete lack of knowledge, and [who] I believe was almost acting in favor of the vulture funds – as they demonstrate, it's not that impressions or perceptions are always subjective, rather you simply have to reach the transcripts from the hearings and oral arguments that took place in the City of New York, that he was acting manifestly in favor of the vulture funds, where the journalists were practically saying the same thing, that it seemed like [the vulture funds] were dictating and managing the situation in each one of the hearings.

Of the payment in dollars – [under] foreign law – are 541 million dollars, 2 million are under Tokyo law and they are pending and JP Morgan Tokyo has them, and 539 million dollars remain in judicial limbo, because they were neither seized not paid out to their legitimate owners. Argentina paid, as even the Bank of New York recognized, as even Judge Griesa recognized, and as any person with any common sense knows, on the date and at the place and on the day that it had to pay, in fact before that, because we had a holiday in Argentina. And our country deposited all of it, each one of those 1.15 billion dollars, as it has been routinely doing since 2005. However, we find ourselves facing the absolutely unheard-of measure of third-party fund appropriation, in this case, [the funds of] the exchange bond holders.

What should Argentina do? Well, [they have] always said that Argentina didn't want to negotiate, that we didn't want to pay this 7.6 %, well Argentina tried and attended all of the hearings and even, I'm going to say this again, for the first time since 2001, or since 2002 or 2003 if you prefer, a Minster of the Economy, from the Argentine Republic, took meetings with the bondholders or the representatives of the vulture funds in order to try to negotiate and reach an agreement, and it was impossible because their business, as I told you before, is to not negotiate. Some people here in Argentina have said that it was because of the ineptitude or inexperience, on the part of a woman, in this case, who spoke to them, seated in this chair, not because of being a woman, rather because of having been voted in by a good part of Argentines, and [because] of her young Minister of the Economy.

After those negotiations, we were able to find out not only through the national but also the international media, that domestic banks tried to negotiate with them, experts in negotiation, in doing business, and they too also failed eventually; then it was the foreign banks; JP Morgan and other banks, banks whose skill no one could deny; come the time to negotiate and to engage in financial discussions, these people are specialists in these areas, and they too failed.

Last week I was reading that the owner of one of the funds, Aurelius Capital, was saying that we were the ones who ended the negotiations because none of the offers we heard came close to what we expected. Obviously they expect one per cent plus 1.680 in interest and in dollars, something which is really not payable and I believe immoral in our contemporary world because it's the direct practice of usury, albeit internationalized and essentially accepted by a judge.

Argentina, as we have always said, has the duty to guarantee and we have said it one thousand and one times and we will repeat it again, the first term payment servicing the 2005 and 2010 debt restructuring to those who trusted Argentina, the 92.4 who believed in Argentina and who have been receiving what they are owed in a timely manner, together with the interest, the payments they have also received, we have also said that we want to resolve this with one hundred per cent of holders of Argentine debt, in a just, fair, legal and sustainable way, and we

want to do this definitively, too, because on September 30 we have another 200 million dollar payment and obviously due to the obstruction there has been to prevent the bondholders [receiving their payment], since they couldn't stop the payment, Argentina paid, Argentina complied, so they did something unheard-of and completely outlandish: They obstructed the bondholders receiving their payment, but not only that, something more outlandish still: They allowed some to collect, but others not. For example, for those from Citi, in domestic currency, they collected. And those under New York law, they couldn't collect. That is, Citi was able to do so because they asked the judge to [be allowed] to pay, but they didn't allow the Bank of New York to pay the bondholders.

The first question I ask myself, because we've become aware of this recently, is that the Appeals Court, is that Judge Griesa has accepted an appeal from Citibank. You know that Citibank is a symbolic bank of the United States, but here in Argentina it is an Argentine bank that has to comply with Argentine laws and it has appealed to Griesa and the Court has granted the appeal, and they're going to be dealt with in a hearing on September 18. I don't know what the United States Court is going to decide, I hope that Judge Griesa rules in favor of Citibank for once and allows it to extract itself from these circumstances of illegality and illegitimacy, which it would have to endure if it lost its ability to exercise its authority as a bank, here in the Argentine Republic, to have the same outlook and fundamentally the same legal standing as other banks and institutions do, such as Euroclear and Eurobank, and also other holders of German, Japanese, French and European debt that are under Welsh Law, with what are called Eurobonds, Welsh Law, London law, in order to finally establish equality, because there isn't even any equality in the way in which they have dealt with preventing creditors collecting, some they allowed to collect and others they did not. I doubt very much whether this can be called justice.

But today, I want to tell the Argentine people that we have decided, I already mentioned it. As you know, the Executive Branch negotiates foreign debt by means of a Congressional delegation, but in accordance with the provisions contained in the National Constitution, which has the original authority, in Article 75, to negotiate foreign debt is the National Parliament like we did with the 2005 swap, like we did with the 2010 swap. This didn't happen the same way on other occasions, like with the megaswap or the shield. In fact, we have always complied and we have sent to Congress all that which has been negotiated in terms of foreign debt, because we believe that it should be done this way and we will do it this way again.

That's why we've decided to submit a bill to the National Congress for a law on local payment of the Argentine Republic's foreign sovereign debt that has two sections.

The first deals specifically with local sovereign debt payment, and its Article 1 establishes that in exercise of the sovereign power of the Argentine Republic, the restructuring of the sovereign debt carried out in 2005 and 2010 is declared to be a matter of national interest, as is the payment under fair, equitable, legal and sustainable conditions of 100 percent of the holders of government securities issued by the Argentine Republic.

Article 2. The purpose of this law is to implement legal instruments allowing for the collection of debt servicing corresponding to 100 percent of the securities issued in the 2005–2010 sovereign debt restructuring, to safeguard national public order and the contracts entered into in the context of that restructuring. This also implies public order, and essentially a general principle of Argentine civil law and international law, the *pacta sunt servanda*. We must be slaves and

servants to our own contracts. That is what Argentina wants, to comply with the contracts signed in 2005 and 2010. And also by means of this law to include all those who fail to participate in the swaps, who amount to 7.6 percent, as explained in a subsequent article.

Chapter 2 deals with the mechanism for safeguarding the collection by those bondholders who participated in the debt restructuring in 2005 and 2010.

Article 3. The Ministry of Economy and Public Finances is authorized to take the necessary measures to remove the Bank of New York Mellon as the trustee and to designate Nación Fideicomisos Sociedad Anónima as its replacement — all this notwithstanding the right of bondholders to appoint a new trustee to guarantee the collection channel for the servicing of the restructured securities. This is very important because it is stated in the prospectuses themselves and in the legal notices published by the Argentine Republic not just in Argentina, not just in the Official Gazette, but also in the world's press, informing the swap bondholders of their rights in the event of illegal and illegitimate obstruction, and what they must do to collect their credits.

Article 4. A special account is being opened at the Central Bank of the Argentine Republic for Nación Fideicomisos Sociedad Anónima, the purpose of which will be to hold all the funds deposited there in trust, using them to pay the debt servicing on the securities covered by the trust indenture of 2005 and 2010.

Article 5. The Ministry of Economy and Public Finances is authorized to pay on the due dates applicable to the servicing of the securities covered by the trust indenture of 2005 and 2010 into the account created under Article 4 of this law referred to above, where they shall be held for the exclusive benefit of bondholders until actually collected. Why is this trust mechanism we have created so important? Because when one deposits something into an ordinary current account it can be taken out again, transferred, used for other purposes. When one sets up a trust for a specific purpose, or one is laid down in law, the only uses which can be made of such resources, of such funds, are those approved by the law that created the trust. This provides creditors with absolute certainty that the resources deposited in a timely manner in that account at the Central Bank of the Argentine Republic cannot be touched by anyone, not by the president or anyone else, precisely because they belong to our creditors.

Article 6. The funds corresponding to the payments deposited as per the previous article will be distributed through such new entities as shall be designated by the Ministry of Economy and Public Finances together with the bondholders covered by the 2005 and 2010 trust indenture, and pursuant to that indenture, the currency deposited there shall be at the disposal of the bondholders. What does this mean? The indenture itself established that creditors, that is to say the holders of the bonds issued in 2005 and 2010, could notify the Argentine Republic, change the trust and state "deposit the funds in such and such a place for me" and we could do so. What's more, we were obliged to do so under contract law.

Article 7. If as a result of the illegitimate and illegal obstruction of the mechanisms for the collection of the debt service payments on the restructured debt securities, their holders were to opt either individually or collectively to request a change in the legislation and jurisdiction applicable to their securities, the Ministry of Economy and Public Finances is authorized to implement a swap for new government securities governed by domestic legislation and jurisdiction under identical financial terms and conditions and at the same par value as the

restructured debt securities submitted for that swap. This is very important, because it means that should any holder wish to do so, since this is entirely voluntary, they would be able to exchange their securities under the same conditions, in the same currency, for the same terms, for securities under domestic legislation, under domestic jurisdiction, precisely in order to ensure their collection. But this is an option the holders have. It's not an obligation, because according to the contracts we cannot impose obligations. Our contractual obligation is to guarantee their ability to collect. That's why, thanks to the obstruction by Judge Griesa, we're specifically recovering this power which is to be debated by our Parliament by operation of our national sovereignty.

Article 8. The Ministry of Economy and Public Finances is authorized to affect the swap of government securities that were eligible and as yet unsubmitted for the 2005–2010 sovereign debt restructuring established under Law No. 26,886. I refer again to this law, because it is this very Article 8 that for the first time includes all those who have not wished to participate in the swap. Not only are we reopening the swap, we're already authorizing the 7.6 percent that never participated in the swap to collect under the terms of the 2005–2010 swap under the terms of Law No. 26,886, so that they can participate and obtain profits in excess of 300 percent. We're not giving anything away, nor are they giving us anything at all.

Article 9. For the same reason, another special account is being set up at the Central Bank of the Argentine Republic for Nación Fideicomisos Sociedad Anónima, which has been opened as an earnest of the good faith of the Argentine Nation and its willingness and ability to make payment to all its creditors under equitable conditions, as per the conventional and generally accepted interpretation of the term *pari passu*. And I would add that I'm not sure if the lawmakers will see it that way under international law and the most elementary and rational logic. We're going to open a special account at the Central Bank to deposit the money there that the 7.6 percent what would have received had they participated in the swaps. That way nobody will be able to say that Argentina refuses to pay. What Argentina refuses to do, as would any other country, is to give in to extortion. That's what I call it.

Article 10. The Ministry of Economy and Public Finances is authorized to deposit in the account created under Article 9 of this law referred to above, on the corresponding due dates, funds equivalent to the amount payable for the servicing of new government bonds to be issued in future. In other words, we're not going to wait for that 7.6 percent to present themselves or ask for the swap and bond issue. To the contrary, to demonstrate this good faith and payment capacity, we'll deposit the interest they would be due just as we do for the other creditors, even without them having offered to participate in the swap, so that the funds will be available when they decide to do so and we can issue the bonds in accordance with the provisions of Article 1 of Law No. 26,886, in order to replace those that had yet to participate in the 2005–2010 sovereign debt restructuring.

Article 11. The funds relating to the payments provided in the previous article shall be made available to bondholders participating in the swap carried out in accordance with the terms of Law No. 26,886 together with the corresponding new government bonds at the time they were placed.

Section 2. Single Chapter. Public order of this law.

Article 12. This law is a matter of public order, and shall take effect as from the date of its publication in the Official Gazette.

Article 13. The payments pursuant to Article 5 to 10 shall be charged to Jurisdiction 90: Public Debt Servicing.

Article 14. The Ministry of Economy and Public Finances is authorized to issue such clarifying and complementary regulations as may be necessary to secure compliance with this law.

In a few minutes, once I finish speaking to all of you, my fellow countrymen, the complete text of the law as well as the ample legal grounds upon which the law is based will be published on the Presidency website and also on the Ministry of the Economy website. Also, when we deliver it to the National Congress, it will be submitted along with the complete debt record and all it includes so that the lawmakers may have access to all of the documentation. It will not be delivered in the normal way, as is done with background information and projects; the complete record will also be delivered. Because history did not begin yesterday, nor does it end today or tomorrow; history continues and there are various players in this story.

I wish to address all of you in the conviction that I am aware that I am living through a period during which all of us Argentines have great responsibilities, and that there are many differences between us. Differences in economic policy, in foreign policy, in human rights policies or other differences; but I believe in what the sovereignty of our country does, in what it does with respect to the fact that we can no longer be extorted, in what it does with respect to the fact that they will no longer, and repeatedly, place Argentina in a position of over-indebtedness, just when we, as Argentines, are progressing, because this is happening to us precisely at a time when Argentine foreign debt in dollars, in the hands of private holders, amounts to eight percent of GDP, at a time when we are already dreaming of energy self-sufficiency based on the discovery of deposits the like of which we never imagined we had, which will turn us into ... which will again make us an oil-producing nation with an abundance of natural gas, at a time when Argentina, not for my ministry because there is very little time left of my leadership — this is for future governments, it is not for me, it is for future governments, it is for future generations, because were I to sign what some would have me sign, the bomb would not explode now. To the contrary; there would no doubt be applause, I would no doubt read wonderful headlines in the papers and, well, I would no doubt find someone who would again provide loans to Argentina at rates which, well, who knows, would perhaps be lower, higher; it doesn't matter, but we would once again find ourselves in that infernal debt cycle which is what has had us trapped for so long and which for decades, for generation after generation, was what allowed them to ignore our potential. It was what made many Argentines emigrate from our country, not for one issue only, as during the dictatorship, but in order to survive, I reiterate, to survive economically.

What I intend, in all sincerity, as the president of all Argentines, over whom I have had the immense and perhaps undreamed [privilege] of having twice been elected president of all Argentines, including on the second occasion by more votes than the first, which for me is also a source of pride, and in addition have had the immense fortune of having as a partner a man who initiated this noble process of eliminating debt, of Argentine autonomy, of generating work for all Argentines, of generating dignity for all Argentines, for me, the way I feel about this is as a commitment which exceeds mere conjecture, mere… or a period in time, to take its place in history.

I'm a little emotional; please forgive me if I become a little emotional; normally I'm more self-assured. But in truth I feel that we in the Argentine Republic are experiencing a moment of great injustice. I believe that a new global order, because we have received support from various parts of the world, from organizations such as MERCOSUR, such as CELAC, such as UNASUR, including as more than 100 academics who have come before the United States Congress, including… well, including many articles which have appeared throughout the entire world, because logic itself dictates that we're being supported. But not supporting a government, so much as supporting something so crazy as suddenly to make it possible for someone to topple the most successful debt restructuring in living memory. And it's the most successful not only because it was accomplished, but because it was accomplished with growth and social inclusivity for all Argentines. Which is something that I believe is missing in many parts of the world, and that's why things happen as they do.

For that reason, I ask all of you to continue to agree to differ in those things in which you are in disagreement, but with respect to these things, please, let's have the nobility to understand that this is not a problem of government. What's more, all, absolutely all Argentines know that this debt was not incurred by this government; this debt was incurred by other governments. The only thing that this government is doing is paying off this debt. And I repeat: as far as I'm concerned, it would be very easy to sign and, well, so long and leave it at that.

But that's not my way of exercising responsible government and, essentially, the responsible exercise of the role each one of us must discharge as men and women in whom our people have invested their trust and reposed not only their vote, which is electoral, circumstantial and, perhaps, situational, but also their aspirations, their hopes and their dreams.

And I can assure you, fellow countrymen, that the dreams, aspirations and hopes held by millions of Argentines are no different regardless of the party to which they belong, with the exception of those few who think it possible to return to a neo-liberal past.

Therefore, true to my word, as I said, I expect to send the entire matter to the Parliament. Tomorrow the Minister of the Economy together with the Presidential Legal and Technical Secretary, the Attorney for the Treasury and our officials will provide further details on this matter in a press conference and then, as is their duty, they will also go before the Argentine Parliament at the time of its choosing — and I hope that occurs soon — to address the handling of this draft law that will be delivered this very evening.

Thank you, and I bid you all good night.



August 21, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Presidential Speech**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918

19-08-2014

## PALABRAS EN CADENA NACIONAL DE LA PRESIDENTA DE LA NACIÓN CRISTINA FERNÁNDEZ DE KIRCHNER, DESDE EL DESPACHO PRESIDENCIAL, EN  LA CASA ROSADA.

Muy buenas noches a todos y a todas; una vez más me dirijo, por este medio, a todos mis compatriotas, para abordar un tema histórico, complejo y que nos atañe no solamente a todos los argentinos, sino fundamentalmente a los argentinos del futuro, pero también tiene una historia, que comenzó en 1976, cuando el monto total de la deuda externa, al momento de producirse el derrocamiento del gobierno constitucional, ascendía solamente a 8.000 millones de dólares. A partir de aquel golpe de Estado y a partir de los sucesivos gobiernos democráticos también, desde el 10 de diciembre de 1983, en adelante, esa deuda externa fue creciendo exponencialmente y convirtiéndose en una condicionante severo, crítico del crecimiento argentino, del desarrollo argentino y de las posibilidades de nuestro país como Nación.

Fue precisamente nuestro gobierno, en el año 2003, el que luego del default del año 2001, default que bueno es aclararlo porque muchas veces cuando hablamos de este tema, y es bueno hacer memoria y no para reprochar nada a nadie, sino simplemente para recordarle a todos cómo llegamos al default. El default fue del año 2001y se llegó precisamente por ese endeudamiento feroz, que fue, durante la dictadura militar, como lo dije, pero también durante un modelo económico neoliberal, durante la década de los 90, que fue la convertibilidad, donde bajo una aparente prosperidad para unos pocos, o tal vez al principio, muchos y cada vez se fue acortando más, terminó en una deuda formidable que eclosionó e implosionó, en el año 2001, luego del megacanje y del blindaje, que ustedes recordarán también, se pagaron escandalosas comisiones y no hicieron más que seguir aumentando esa deuda externa. Así llegamos al año 2001 con la Argentina defaulteada y, por supuesto, la ruptura institucional, que significó que un gobierno constitucional no terminara su período y tuviéramos también el raro fenómeno de tener cinco presidentes, en una semana.

En el año 2003, el 25 de mayo, asume precisamente el Presidente Kirchner y comienza a abordar este problema, que era además tema de todos los partidos políticos. No había partido político, no había movimiento social, no había argentino que no hablara de la deuda externa y estableciera la necesidad de terminar con este flagelo y abordarlo. Algunos hablaban de repudio a la deuda externa, pero todos sabemos que era más que nada un slogan, fundamentalmente porque a partir del 10 de diciembre de 1983, todos los congresos, todos los parlamentos, que son los que tienen la facultad constitucional de legislar y de aceptar o rechazar una deuda aceptaron puntualmente la deuda y esta se fue acrecentando cada vez más.

Quiero retomar, entonces, a ese 2003, en el cual comenzamos a negociar también febrilmente, también en el año 2004, hasta que pudimos llegar a un

acuerdo, luego de numerosas negociaciones, viajes por todo el mundo, presentaciones en Abu Dhabi, inclusive, a reestructurar esa primera parte de la deuda, que llegó exitosamente a un 76 por ciento. En ese momento, 76 por ciento, y hablo del 2005, 76 por ciento de nuestros acreedores aceptaron quitas y esperas que significa reducción de la deuda.

Por primera vez un gobierno comenzaba a reducir la deuda externa y no a aumentarla. Y también por primera vez, curiosamente, comenzaba a pagarla, porque todos los otros pagos, en realidad nunca fueron pagos, eran simplemente una bicicleta financiera, donde daban un préstamos que en realidad era un asiento contable para refinanciar, incrementar intereses y punitorios y así seguir creciendo la deuda como una inmensa bola de nieve, que parecía no detenerse jamás.

En el año 2005, reitero, reestructuramos con mucho éxito el 76 por ciento de nuestra deuda y desde allí comenzamos a pagar; el gobierno que no había contraído ninguna deuda, que por el contrario, pagaba la deuda de todos los gobiernos anteriores. Luego, en el año 2010, también encaramos otra parte de reestructuración de la deuda y allí llegamos a una adhesión aún mayor. Ahí llegamos, luego de numerosos viajes que se hicieron por el mundo, fundamentalmente por Italia, por Alemania, por Japón, donde habían quedado muchos pequeños tenedores no individualizados, logramos también una adhesión que nos llevó a la cifra inédita, en materia de reestructuración soberana de deuda, de las características que había tenido la Argentina, del 92,4 por ciento.

En el medio de todo esto, no solamente hicimos esta reestructuración de deuda, pagamos al Fondo Monetario Internacional para precisamente adquirir autonomía en el diseño de nuestras políticas económicas, sociales y en definitiva convertirnos en una nación, también – recientemente – pagamos o acordamos con el Club de París, una deuda que también provenía de 1956. Como yo contaba tenía tres años cuando comenzó a contraerse, y nuestro ministro de Economía, que fue quien negoció con 10 ministros de Economía de la Unión Europea, logró finalmente un acuerdo sobre la misma y ya pagamos la primera cuota de ese acuerdo, por 642 millones de dólares.

También en ese lapso se definió exitosamente para la Argentina la expropiación del 51 por ciento de las acciones de Repsol, donde nuestro país recuperó la soberanía hidrocarburífera. Y esa situación, que parecía compleja, difícil de arreglar también pudo arribar a un acuerdo con nuestros acreedores, como también comenzamos a arribar a acuerdos con juicios del CEADI que teníamos. Ustedes saben que el CIADI es el tribunal del Banco Mundial.

En síntesis, si tenemos que definir estos años diríamos que son años de desendeudamiento, pero también de desarrollo porque todo esto no se pagó con el hambre del pueblo. Debemos decir que de esa Argentina defaulteada, en el año 2003, que recibimos con 25 por ciento de desocupación; con el 54 por ciento de pobreza, con más de 27 por ciento de indigencia, y con todas las carencias, que teníamos los argentinos, de industrias, de fábricas, de trabajo, de jubilaciones, de cobertura social, de derechos en definitiva, de derecho a

una vida mejor también paralelamente al pago de esa deuda pudimos pagar gran parte de la deuda social interna argentina. ¿Por qué digo gran parte y no digo toda? Porque como digo siempre, mientras haya un pobre en el país nunca estaremos satisfechos y estaremos en deuda con los argentinos.

En este marco es bueno entender, también, que esa reestructuración de deuda soberana, que hicimos en los años 2005 y 2010, tiene una lógica que es la lógica de negociar con los acreedores y lograr quitas y lograr esperas, como pasa en la parte privada, como pasa en las quiebras en las empresas privadas. Si un país tuviera que ir a negociar y admitiera que tiene que pagar el ciento por ciento, bueno, no habría default. Lo mismo pasa con la quiebra de una empresa privada, cuando se produce la quiebra de una empresa privada un concurso de acreedores o una quiebra siempre exige, por parte de los acreedores una quiebra para lograr qué: la continuidad de la empresa. Y esta reestructuración de deuda soberana, que tuvo una quita importante del 65 por ciento, y plazos de esperas muy importantes también tuvo un objetivo: lograr la continuidad del país; lograr la viabilidad de la República Argentina. La diferencia es clara, todos los países tienen
leyes de quiebra, pero no hay una ley internacional para reestructuración o para quiebras de países soberanos.

En este marco se produjo el conflicto, que comenzó y tomó gran estado público, en los últimos tiempos con los denominados fondos buitres. ¿Qué son los fondos buitres? Con los que también intentamos negociar y también se nos reprochó, desde algunos sectores, que no negociábamos. Por definición el negocio de un fondo buitre es no negociar. Hay dos tipos de acreedores de un país, los que negocian y hacen luego con reestructuraciones, que fue lo que pasó en el año 2005 y 2010, unos tardaron más que entrar que otros, hubo mucha negociación que quitas, que esperas, que tipo de bonos, que plazos, una negociación de esa naturaleza. Y los otros, los fondos buitres, los que adquieren títulos de deudas de países que ya han sido defaulteados, inclusive muchos de los fondos buitres que hoy nos acosan judicialmente lo adquirieron, inclusive, después del 2008, después de la quiebra de Lehman Brothers. ¿Y cuál es el negocio de los fondos buitres?
Precisamente no negociar. Este es el gran negocio, porque mediante el acoso judicial, mediante la vía judicial pretenden cobrar el cien por cien, punitorios e intereses a un nivel de usura, a punto tal que obtienen sentencias – como la del juez Griesa – que estable un 1.680 por ciento de interese en apenas cuatro o seis años. Pero no solamente eso, avanzan con el acoso judicial con medidas de embargos, con juicios.

Yo quiero leer para no equivocarme, algunas de las cifras que hemos tenido, los juicios que hemos tenido y sobre qué hemos tenido embargos los argentinos, en los últimos años. Desde el año 2001, fíjense ustedes que le estoy diciendo desde el año 2001, no desde el año 2003, desde el año 2001 se abrieron contra nuestro país, contra su país, contra mi país, contra nuestro país, la República Argentina más de 900 causas judiciales, y 80 intentos de embargos, que incluyeron reservas del Banco Central; los fondos de los jubilados; dos satélites científicos, el edificio de la Embajada en Washington, nuestra Fragata "Libertad" y hasta dinosaurios. Sí – como está escuchando –

una vez que decidimos hacer una exposición, junto con el gobierno de Alemania, en materia de dinosaurios, la Argentina tiene muchos. Bueno, en realidad tiene varios tipos de dinosaurios la Argentina, pero los que mandamos a la Alemania son los dinosaurios paleontológicos, los que encontramos en excavaciones, la Argentina en es muy rica en este sentido. También intentaron embargarnos estos restos fósiles, que gracias al gobierno alemán, a la intervención del gobierno alemán, y a la actividad muy importante, que tuvo en ese momento, a la Embajada alemana en la Argentina, logramos que no fueran embargados.

Pero bueno, cuando todo esto fracasó, cuando los juicios fracasaron. ¿Por qué fracasaban? Porque hay un principio de inmunidad soberana, los bienes de propiedad pública del Estado, son de carácter inembargable. No pueden, porque hay un reconocimiento de soberanía e inmunidad soberana, que forma parte del derecho internacional. Por eso formamos parte de Naciones Unidas, por eso la mayoría de los países – cuando tienen un conflicto – recurren a La Haya, como también lo hemos hecho nosotros, como también lo ha hecho Italia, Francia, Alemania y han aceptado esa jurisdicción. Pero he aquí, que el juez Griesa, en los Estados Unidos, inventó al servicio de los fondos buitres una novedosa forma de coacción: la extravagante, y quiero dejar claro que este término, extravagante, no me pertenece, sino que fue utilizado por el gobierno de los Estados Unidos, cuando actúo como amicus curiae, una extravagante interpretación de la cláusula pari passu, utilizada para asegurar la ganancia, esta que yo les decía, del 1.600 y al no poder embargar ni dinosaurios, ni satélites, ni fragatas, ni embajadas, ni fondos de los jubilados, ni al Banco Central, ni al Banco Nación qué embargó, lo que no era de la Argentina: los fondos, los recursos de los tenedores que habían entrado al canje 2005 y 2010. Eso es lo que hizo el juez Griesa cuando decretó el embargo de los fondos que no nos pertenecen, que son de terceros. Sin embargo, Argentina cumplió – de acuerdo con los contratos que había firmado – con sus adherentes, sus bonistas adherentes del 2005 y del 2010 y depositó en tiempo y forma y en el Banco de Nueva York, que era el fondo fiduciario establecido en cada uno de los prospectos y contratos la suma de 1.150 millones de dólares. Fue un pago en pesos de 317 millones, equivalente a 317 millones de dólares en pesos y 833 millones de dólares, en moneda estadounidense. Del pago en dólares, en ley argentina, son 292 millones de dólares, que finalmente el juez – luego de idas y venidas y con un total desconocimiento y yo creo que casi actuando a favor de los fondos buitres - como lo demuestran, no las impresiones o las percepciones que siempre son subjetivas, que podemos tener quienes escuchamos, leemos o miramos, sino simplemente las versiones taquigráficas de las sesiones y las audiencias, que tuvieron lugar en la Ciudad de Nueva York, actuaba manifiestamente a favor de los fondos buitres, donde prácticamente los propios periodistas lo decían, que parecía que estos dictaban y manejaban la situación en cada una de las audiencias.

Del pago en dólares – ley extranjera- son 541 millones de dólares, 2 millones son ley de Tokio y están cursados y los tiene el G.P Morgan en Tokio, y 539 millones de dólares quedaron en una suerte de limbo jurídico, porque ni fueron embargados, ni le fueron pagados a quienes son sus legítimos dueños. La

Argentina pagó, como lo reconoció el propio Banco de Nueva York, como lo reconoció el propio juez Griesa y como no lo puede desconocer ninguna persona sensata y con sentido común, en la fecha, en el lugar y en el día que había que pagar, inclusive antes, porque aquí era feriado en la Argentina. Y nuestro país depositó todos y cada uno de esos 1.150 millones de dólares, como lo viene haciendo rigurosamente desde el año 2005. Sin embargo, nos encontramos con esta medida absolutamente insólita e inédita de apropiarse de fondos de tercero, en este caso de los tenedores de los canjes.

¿Qué debe hacer Argentina? Bueno, Argentina porque siempre se dijo que Argentina no quería negociar, no quería pagarle a ese 7,6 por ciento, bueno la Argentina intentó y concurrió a todas las audiencias, e inclusive – y lo voy a reiterar una vez más – por primera vez desde el año 2001, si les gusta desde el año 2002 ó 2003, un ministro de Economía, de la República Argentina, tuvo dos reuniones con los titulares o los representantes de los fondos buitres para intentar llegar a un acuerdo, y fue imposible porque el negocio – como les dije antes – es no negociar. Algunos aquí en la Argentina dijeron que había impericia o inexperiencia, por parte de una señora, en este caso, quien les habla, sentada en este sillón, no por ser señora, sino por haber sido votada por una buena parte de los argentinos, y de su joven ministro de Economía.

Concurrieron, luego de esa negociaciones, pudimos enterarnos a través de los medios no solamente nacionales, sino también internacionales, que intentaron negociar con ellos bancos nacionales, expertos en negociación, en hacer negocios, luego también fracasaron ellos; luego fueron los bancos extranjeros: G.P Morgan y otros bancos, a los nadie creo que podrá tachar de no tener pericia, a la hora de negociar o de abordar temas de carácter financiero, son especialistas en esos temas y también fracasaron.

Yo leía, en un discurso a la ciudadanía, la semana pasada, donde comentaba que el titular de uno de los fondos, el del Fondo Aurelius, dijo que dimos por terminada las negociaciones porque ninguna de las ofertas, que hemos escuchado ni remotamente se acerca a lo que nosotros pretendemos. Obviamente pretenden el cien por cien y un interés de 1.680 por ciento en dólares, algo realmente impagable y yo creo que inmoral en el mundo contemporáneo porque es directamente la práctica de la usura internacionalizada y fundamentalmente aceptada por un juez.

La Argentina, y lo hemos dicho siempre, tiene el deber de garantizar y lo hemos dicho una y mil veces y lo volvemos a repetir, el pago en primer término de defender la reestructuración de la deuda del 2005 y del 2010, que son los que confiaron en la Argentina, ese 92,4, que creyó en la Argentina y que viene recibiendo puntualmente lo que le corresponde, los intereses y los pagos que ha recibido y también hemos dicho que queremos solucionar el cien por cien de los tenedores de bonos de deuda argentina, en forma justa, equitativa, legal y sustentable y queremos hacerlo también de manera definitiva, porque el próximo 30 de septiembre tenemos otro pago de 200 millones de dólares y evidentemente dada la obstrucción que ha habido para que los bonistas cobren, porque han obstruido el cobro de los bonistas, porque como no pudieron impedir el pago, Argentina pagó, Argentina cumplió hicieron algo

insólito y absolutamente extravagante: obstruyeron el
cobro de los bonistas, pero algo más extravagante aún, permitieron que unos
cobren y otros no. Por ejemplo, los de Citi, en moneda nacional, cobraron y los
de ley, en Nueva York no pudieron cobrar, o sea el Citi pudo, porque se lo pidió
al juez, pagar y al Banco de Nueva York le impidieron pagar a los tenedores.

La primera pregunta que me hago, porque hemos tomado conocimiento, en
estos días, que la Cámara de Apelaciones, del Juez Griesa ha aceptado una
apelación del Citi Bank, ustedes saben que el Citi Bank es un banco
emblemático de los Estados Unidos, pero aquí en la Argentina es un banco
argentino que tiene que cumplir con las leyes argentinas ha apelado la orden
de Griesa y la Corte le ha concedido la apelación, y la va a tratar en audiencia,
el 18 de septiembre. No se qué va a resolver la Corte de los Estados Unidos, si
espero que así como el juez Griesa resolvió a favor del Citi Bank, por única
vez, y le permitió no quedar en situación de ilegalidad y de ilegitimidad, que lo
hubiera hecho, tal vez, que perdieran la posibilidad de ejercitar su autorización
como banco, aquí en la República Argentina, tenga la misma mirada y
fundamentalmente y la misma decisión jurídica respecto de otros bancos y de
otras instituciones, por ejemplo Euroclear
y Eurobank y también de otros tenedores de deuda alemanes, japoneses,
franceses, europeos que están con Ley de Gales, con lo que se llama bono
euros, Ley de Gales, ley de Londres, para definitivamente establecer igualdad,
porque ni siquiera hay igualdad en como se ha tratado en no permitir cobrar a
los acreedores, a unos se les permitió cobrar y a otros no se les permitió. Si
esto se le puede denominar justicia, la verdad que es muy dudoso.

Por eso, hoy, quiero comunicarle a todo el pueblo argentino, que hemos
decidido, yo lo había adelantado, ustedes saben que el Poder Ejecutivo
negocia la deuda externa por delegación del Congreso, pero por aplicación, de
lo dispuesto por la Constitución Nacional, que tiene la facultad originaria, en el
artículo 75, de negociar la deuda externa es el parlamento nacional y yo dije
que ninguna decisión iba a ser tomada sin pasar por el parlamento nacional,
como hicimos con el canje 2005, como hicimos con el canje 2010. No ocurrió lo
mismo en otras oportunidades, como en el megacanje o el blindaje, pero
nosotros siempre hemos cumplido y hemos enviado al Congreso, todo lo
negociado en materia de deuda externa porque creemos que así debe ser y
una vez más lo haremos.

Por eso hemos decidido enviar una ley al Congreso Nacional, ley del pago
soberano local de la deuda externa de la República Argentina que tiene 2
títulos.

El primero se refiere, precisamente, al pago soberano local y en su artículo 1º
establece: que, en ejercicio del poder soberano de la República Argentina, se
declara de interés pública la reestructuración de la deuda soberana realizada
en los años 2005 y 2010, así como el pago en condiciones justas, equitativas,
legales y sustentables al 100 por ciento de los tenedores de títulos públicos de
la República Argentina.

Artículo 2.- La presente ley tiene como objeto implementar instrumentos legales que permitan el cobro de los servicios correspondientes al 100 por ciento de los títulos emitidos en el marco de la reestructuración de deuda soberana 2005/2010 en salvaguarda del orden público nacional y de los contratos celebrados en el marco de dicha reestructuración. Esto también significa orden público y, fundamentalmente, un principio general del derecho civil argentino y del derecho internacional, el pacta sunt servanda. Debemos ser esclavos y ciervos de nuestros propios contratos. Y esto es lo que quiere la Argentina, cumplir con los contratos firmados en los años 2005 y 2010. Y también incluir a través de esta ley, a quienes no entraron en esos canjes y que son el 7,6 como más adelante dice el articulado.

El capítulo 2º habla del mecanismo para salvaguardar el cobro de los tenedores que adhirieron a la reestructuración de la deuda en los años 2005 y 2010.

Artículo 3. Se autoriza al ministerio de Economía y Finanzas Públicas a adoptar las medidas necesarias para remover al Banco de Nueva York Melon como agente fiduciario y a designar en su reemplazo a Nación Fideicomisos Sociedad Anónima. Todo ello, sin perjuicio del derecho que asiste a los tenedores de designar un nuevo agente fiduciario que garantice el canal de cobro de los servicios correspondientes a los títulos reestructurados. Esto es muy importante porque esto está establecido en los propios prospectos y esto tiene que ver con los avisos legales publicados oportunamente por la República Argentina, no solamente en nuestro país, no solamente en el Boletín Oficial, sino también en todos los diarios del mundo avisando, precisamente, a los tenedores de los bonos de los canjes los derechos que los asistían frente a la obstrucción ilegal e ilegítima que hacían para el cobro de sus acreencias.

Artículo 4. Se crea una cuenta especial de Nación Fideicomiso Sociedad Anónima en el Banco Central de la República Argentina y cuyo objeto será mantener en fiducia los fondos allí depositados y aplicarlos al pago de los servicios de deuda correspondiente a los títulos regidos bajo el convenio de fideicomiso de los años 2005 y 2010.

Artículo 5. Se autoriza al ministerio de Economía y Finanzas Públicas a pagar en las fechas de vencimiento correspondientes los servicios de los títulos regidos bajo el convenio de fideicomiso de los años 2005 y 2010 en la cuenta creada por el artículo 4º de la presente ley, que recién hacía referencia, donde serán mantenidos en exclusivo beneficio de los tenedores hasta su efectivo cobro. ¿Por qué es muy importante esta figura que hemos creado del fideicomiso? Porque cuando uno pone algo en una cuenta corriente común, puede sacarla, trasladarla, destinarla a otros fines. Cuando uno constituye un fideicomiso con fines específicos o determinados por ley, la única aplicación que se le puede dar a esos recursos, a esos fondos son los establecidos por la propia ley que aprueba el fideicomiso. Con lo cual, hay una certeza absoluta que se le otorga a los acreedores de que esos recursos que se depositen puntualmente en esa cuenta del Banco Central de la República Argentina, nadie, ningún presidente ni nadie podrán tocarlos porque son, precisamente, de nuestros acreedores.

Artículo 6º. Los fondos correspondientes a los pagos dispuestos en el artículo anterior, serán distribuidos a través de las nuevas entidades que, a tales fines, designe el ministerio de Economía y Finanzas Públicas con los tenedores de títulos regidos bajo el convenio de fideicomiso del 2005 y del 2010, de conformidad con dicho convenio siendo las divisas allí depositadas de libre disponibilidad para los tenedores. ¿Qué significa esto? El propio contrato establecía que los acreedores, esto es los tenedores de bonos emitidos en el 2005 o en el 2010, podían comunicándoselo a la República Argentina, cambiar de fideicomiso y decir "deposíteme los fondos en tal parte" y nosotros podíamos hacerlo. Es más, debíamos hacerlo de acuerdo a la ley de contrato.

Artículo 7. En caso que con motivo de la legítima e ilegal obstrucción de los mecanismos de cobro de los servicios de los títulos reestructurados, sus tenedores optaren en forma individual o colectiva por solicitar un cambio en la legislación y jurisdicción aplicable a sus títulos, se autoriza al ministerio de Economía y Finanzas Públicas a instrumentar un canje por nuevos títulos públicos regidos por la legislación y jurisdicción local en términos y condiciones financieras idénticas y por igual valor nominal a los de los títulos reestructurados que se presentaren a dicha operación de canje. Esto es muy importante porque esto permitiría, si algún tenedor así lo quisiera, poder canjear su título si lo decidiera, porque esto es absolutamente voluntario, si lo desea, en los mismos términos, en la misma moneda, con los mismos plazos, por legislación local, en jurisdicción local precisamente para asegurarle el cobro. Pero esta es una opción que tienen los tenedores. No es una obligación porque no le podemos imponer obligaciones de acuerdo a sus contratos. La obligación que tenemos por contrato, es siempre garantizar que puedan cobrar. Por eso, debido a la obstrucción del juez Griesa, estamos precisamente y recuperando también por imperio de la soberanía nacional, esta norma que va a ser tratada por nuestro Parlamento.

Artículo 8º. Se autoriza al ministerio de Economía y Finanzas Públicas a instrumentar el canje de los títulos públicos que fueran elegibles y que aún no ingresaron a la reestructuración de deuda soberana 2005/2010 conforme a lo establecido por la Ley 26.886. Quiero volver a repetir la norma, porque, precisamente, este artículo, el 8º, es el que incluye por primera vez a todos aquellos que no han querido ingresar al canje. No solamente abrimos el canje, sino que ya lo autorizamos a que cobren en los términos del canje 2005/2010 en los términos de la Ley 26.886 a ese 7,6 que nunca ingresó y que le va a permitir ingresar, tener ganancias superiores al 300 por ciento. No estamos regalando ni nos están regalando absolutamente nada.

Artículo 9. A los mismos fines, se crea otra cuenta especial, se crea una cuenta especial de Nación Fideicomiso Sociedad Anónima en el Banco Central también de la República Argentina, abierta en virtud de la buena fe de la Nación Argentina y de su voluntad y de capacidad de pago en condiciones equitativas para todos sus acreedores, según la interpretación convencional y generalmente aceptada del término pari passu. Yo le agregaría, no sé si los legisladores así lo estimarán, del derecho internacional y de la más elemental y racional lógica. Pero vamos a abrir también una cuenta especial en el Banco

Central para que también se le deposite allí al 7,6 por ciento lo que le correspondería como si hubieran entrado a los canjes. De modo tal, que nadie diga que la Argentina se niega a pagar. Lo que la Argentina se niega y cualquier otro país se negaría, es a ser extorsionado. Esto lo digo yo.

Artículo 10. Se autoriza al ministerio de Economía y Finanzas Públicas, a depositar en la cuenta creada por el artículo 9, o sea el artículo anterior, de la presente ley, en las fechas de vencimiento correspondientes, una cantidad de fondos equivalentes a lo que correspondería pagar por los servicios de los nuevos títulos públicos que en el futuro se emitan. O sea, no es que vamos a esperar que ese 7,6 por viento venga a pedirnos el canje y emitir títulos. No, para mostrar esta buena voluntad y capacidad de pago, vamos a depositar, aún sin que se presenten al canje para que estén a su disposición cuando decidan hacerlo y podamos emitir los títulos, lo que les correspondería en materia de intereses respecto de los otros acreedores también. De acuerdo a lo previsto en el artículo 1º de la Ley 26.886, en reemplazo de aquellos que aún no ingresaron a la reestructuración de la deuda soberana 2005/2010.

Artículo 11. Los fondos que correspondan a los pagos dispuestos en el artículo anterior, serán entregados a los tenedores que participen de la operación de canje que se disponga en los términos de la Ley Nº 26.886 junto con los nuevos títulos públicos correspondientes al momento de su colocación.

Título 2. Capítulo único. Del orden público de la presente ley.

Artículo 12. La presente ley es de orden público y entrará en vigencia a partir del día de su publicación en el Boletín Oficial.

Artículo 13. Los pagos previstos en los artículos 5º 10, serán atendidos con cargo a la Jurisdicción 90, servicios de la deuda pública.

Artículo 14. Se faculta al ministerio de Economía y Finanzas Públicas a dictar las normas aclaratorias y complementarias que fueran necesarias para instrumentar el cumplimiento de la presente ley.

En unos instantes más, cuando yo termine de hablarles a todos ustedes, a mis compatriotas va a aparecer en la página de Presidencia y también en la página del ministerio de Economía el texto completo de la ley como así también los frondosos fundamentos con que va a acompañado. Inclusive, cuando lo remitamos al Congreso de la Nación, va a ir acompañado del expediente completo de la deuda y de todo lo que hay en ella para que todos los legisladores puedan acceder a toda la documentación. No se va a enviar normalmente como se hace fundamentos y proyectos, se va a mandar también el expediente completo. Porque la historia no empezó ayer ni termina hoy ni mañana; la historia continúa y hay diversos actores en el medio de esta historia.

Yo quiero dirigirme a todos ustedes con la certeza de que estoy en estos momentos, sé que estoy atravesando un momento en el cual todos los argentinos tenemos grandes responsabilidades y tenemos muchas diferencias

entre nosotros. Diferencias en política económica, en política exterior, en política de derechos humanos o en cualquier otra diferencia, pero yo creo que en lo que hace a la soberanía de nuestro país, en lo que hace al hecho de que no nos pueden extorsionar más, en lo que hace al hecho de que la Argentina no la vuelvan a sobreendeudar una y otra vez más, justamente ahora que estamos saliendo argentinos, porque esto justamente nos ocurre en momento de que la deuda externa argentina en dólares en manos de tenedores privados representa el 8 por ciento del PBI, en momentos en que estamos ya soñando con el autoabastecimiento energético a partir del descubrimiento de yacimientos como nunca imaginábamos que teníamos y que nos convierten…nos vuelven a convertir en un país petrolero y en un país con mucho gas, en estos momentos en que la Argentina, no para mi Gobierno porque a mí me falta muy poco tiempo para terminar mi mandato, esto es para los futuros gobiernos, no es para el mío, es para los futuros gobiernos, es para las futuras generaciones, porque si yo firmara lo que algunos pretenden, la bomba no explotaría ahora. Al contrario, seguramente habría aplausos, seguramente encontraría titulares maravillosos en los diarios y seguramente, bueno, encontraría a alguien que vendría a prestarle nuevamente a la Argentina a tasas que, bueno, vaya a saber, a lo mejor tal vez más bajas, más altas, no importa, pero entraríamos nuevamente en esa ronda infernal de endeudamiento que es, precisamente, lo que nos ha tenido totalmente sujetados durante tanto tiempo y que fue lo que permitió que durante décadas, generaciones y generaciones no creyeran en nuestras posibilidades. Fue lo que permitió que muchísimos argentinos tuvieran que emigrar de nuestro país, no solamente por una cuestión, como durante la dictadura, para sobrevivir con vida, valga la redundancia, sino para sobrevivir económicamente.

Lo que yo pretendo, sinceramente, como Presidenta de todos los argentinos, que he tenido el inmenso y nunca tal vez soñado de ser electa 2 veces Presidenta de todos los argentinos, inclusive en la segunda oportunidad por más votos que en la primera, lo cual también para mí constituye un motivo de orgullo, que además, ha tenido la inmensa suerte de tener como compañero al hombre que precisamente inició este proceso virtuoso de desendeudamiento, de autonomía en la Argentina, de generar trabajo para todos los argentinos, de generar dignidad para todos los argentinos, para mí lo siento como un compromiso que excede lo meramente coyuntural, lo meramente…o de la etapa, para ingresar decididamente en lo histórico.

Estoy un poco nerviosa, discúlpenme si me pongo un poco nerviosa, normalmente suelo tener más aplomo. Pero realmente siento que estamos viviendo un momento de mucha injusticia con la República Argentina. Y creo que un nuevo orden global, porque hemos sido además apoyados de distintas partes del mundo, desde organismos como el MERCOSUR, como la CELAC, como la UNASUR, como más de 100 académicos que se han presentado ante el Parlamento norteamericano, como…en fin, como muchísimos artículos que han aparecido en todas partes del mundo, por la propia lógica estamos siendo apoyados. Pero no apoyando a un gobierno, sino apoyando a esta cosa tan loca que significa que de repente alguien quiera tumbar la reestructuración de deuda más exitosa de la que se tenga memoria. Y más exitosa no solamente porque se cumplió, sino porque se cumplió con crecimiento e inclusión social

para todos los argentinos. Lo que yo creo es lo que está faltando hoy en muchas partes del mundo y por eso suceden las cosas que suceden.

Por eso, les pido a todos que en todo lo que estemos en desacuerdo, sigamos estando en desacuerdo, pero en estas cosas, por favor, tengamos la grandeza de entender que no es este el problema de un gobierno. Es más todos, absolutamente todos los argentinos saben que esta deuda no la contrajo este Gobierno; esta deuda la contrajeron otros gobierno. Este Gobierno lo único que está haciendo es pagando esa deuda. Y vuelvo a reiterar: para mí sería muy fácil firmar y, bueno, me voy a acá no ha pasado nada.

Pero no es esa mi forma de tener ejercicio responsable de la gestión y, fundamentalmente, ejercicio responsable del rol que tenemos que jugar cada uno de los hombres y mujeres en los cuales nuestro pueblo ha confiado y ha depositado, no solamente su voto, que es electoral, circunstancial y, tal vez, coyuntural, sino sus ilusiones, sus esperanzas y sus sueños.

Y yo les puedo asegurar, compatriotas, que los sueños, las ilusiones y las esperanzas que tienen millones de argentinos, no son diferentes de acuerdo al partido al que pertenezcan, más allá de minorías que piensen que es posible retornar a un pasado neoliberal.

Así que, esperando y cumpliendo con mi palabra, tal cual lo dije, enviar al Parlamento todo el tratamiento, mañana el ministro de Economía, conjuntamente con el secretario Legal y Técnico de la Presidencia, la Procuradora del Tesoro y nuestros funcionarios, darán más detalle de esto en una conferencia de prensa y luego también, concurrirán, como es su deber, al Parlamento argentino cuando el mismo decida –y espero que sea pronto- abordar el tratamiento de este proyecto de ley que esta misma noche será remitido.

Muchas gracias y tengan todos ustedes muy buenas noches.