# Exhibit B

ECONOMIA - AUGUST 20

## Kicillof: "The principal purpose of the law is sovereign local payment of the debt"

*Minister of Economy Axel Kicillof explained that the bill sent to the Argentine Congress is "to enable Argentina to continue paying." Two accounts will be opened, one for the bondholders who participated in the exchange and the other for those who rejected it. The September 30 payment will also be made.*

Minister of Economy Axel Kicillof affirmed today that "Argentina is not going to default." Adding that the country "is going to continue paying and is going to defend the 2005 and 2010 exchanges," he explained the sovereign local payment bill sent last night to the Argentine National Congress and presented by President Cristina Fernández de Kirchner in a message to the country.

Kicillof held a press conference at noon today jointly with Carlos Zannini, Legal and Technical Secretary to the President. He stated that he will appear before Congress to provide explanations concerning the measure, and recalled that Congress has the power to manage the country's foreign and domestic debt.

"The principal purpose of the law is sovereign local payment of Argentina's debt," he stated. This was not a change of jurisdiction, he said, but rather "a new way of ensuring that Argentina can continue to meet its foreign commitments," and "that Argentina can continue paying and the bondholders can continue receiving" the debt restructuring money.

The Minister provided a history of Argentine debt and indicated that it had snowballed until it could not be paid. The lender "had done this in order to keep the show going," a show that had led the country to default in 2001. When the party ended, Kicillof said, in 2003 the government of **Néstor Kirchner** began the restructuring process.

"Under Kirchner's leadership," he added, "we melted the snowball and reduced it to 35%." Thanks to the exchanges and this reduction and the extension of the term, "the big snowball became a little one that could be handled within the budget."

Judge Thomas Griesa was now endeavoring in his decision to "multiply the debt," in an effort to re-construct the snowball that, Kicillof said, was " to bring the country to its knees before foreign interests."

Griesa's decision, Kicillof said, "cannot be carried out." He explained that if the judge's demand for immediate cash payment to those bondholders who did not participate in the exchange, with interest and penalities, were to be met, US$1600 billion would have to be paid out. In addition, this decision was turning the exchange participants into hostages. Griesa's decision "is a blind, inexplicable, excessive, and unjust decision in which no one knows what to do," Kicillof said.

Given this situation, Argentina had decided that in order to continue honoring its commitments this sovereign local payment law had been sent to Congress, which it was hoped would approve it, opening a channel for payment. Kicillof also noted that the possibility had also been opened for the bondholders would offer a solution. "It is not a compulsory law, it leaves room for action by the bondholders," he said.

"We 're offering a local payment alternative, we're not asking them to come to Argentina." This route was being offered because of the attitude of the Bank of New York, which had withheld payment and asked Judge Griesa what it should do.

The Minister of Economy also made it clear that Argentina was going to make the US$200 million payment due on September 30, and noted that the reserves exceeded US$29 billion, so that "by definition there is no default."

This is a way of continuing to honor our commitments," he said. "To ensure payment, if the collection channel is blocked we'll look for another way. The one that best fits the role is Banco de la Nación Argentina. There will be a discussion in Congress, but it's the safe payment channel for payment to the bondholders after certification of ownership of the bonds. They'll be able to collect via accounts outside the country," he said.

He insisted that this was not a change of legislation but a change in the payment location, and reaffirmed that "it is a sovereign power of every country to pay its debt. It can't be forced, even with a fleet in port,  to pay what it can't pay, still less can it be forced  to not pay."

He said that all the bondholders were included in this payment, including the 7.6% who did not participate in previous exchanges, and that this proved the intention to pay all bondholders on the same conditions.

The Legal and Technical Secretary confirmed that the bill had reached Congress at 9:30 p.m. on the previous evening, and pointed out that the measure "is open to tweaking and improvement, and is under discussion by the parties who have the obligation to pass laws."

He indicated that the bill has a declarative section and an instrumental section. The first part states that restructuring of the debt is a matter of public interest, and those who did not participate would specify the instruments  to be used. What is new in the law is that not only is the restructured debt going to be paid, but a deposit is going to be made for bondholders who did not participate in the exchange. There will be an account to pay the restructured debt and another account for the bondholders who did not want to participate.

 He stated that it was not a matter of re-opening the exchange, but rather of  opening the law of exchange of law No. 226886 of 2010, which permits issuance of a new instrument that permits exchange of the previous instrument, "so that they are not exposed to Griesa's judgment," he said.

Obligatory performance is a public-policy matter, he said. He explained that it was an egalitarian and sustainable solution for one hundred percent of the bondholders.



Juris Services International
Translation Studio
23 Normandy Terrace
Bronxville, NY 10708
Tel: 914 961-4339

CERTIFICATE OF ACCURACY

State of New York      )
Village of Bronxville  : ss.:
County of Westchester  )

This is to certify that the attached translation from SPANISH into ENGLISH of the document entitled/described below is a true and accurate rendition of the original Spanish document:

ECONOMIA - 20 DE AGOSTO

# Kicillof: "El principal propósito de la ley es el pago soberano local de la deuda"

....................................................................................................
....................................................................................................

Es de orden público para su cumplimiento obligatorio, dijo y luego explicó que es una solución igualitaria y sustentable para el ciento por ciento de los bonistas.

John E. Considine
President

Date: 20 Aug 2014

EC**ONOMIA** - 20 DE AGOSTO

## Kicillof: "El principal propósito de la ley es el pago soberano local de la deuda"

*El ministro de Economía, Axel Kicillof, explicó que el proyecto de ley enviado al Congreso, es "para que la Argentina pueda seguir pagando". Se abrirán dos cuentas, una para el pago de los que entraron al canje y otra para los que lo rechazaron. Se pagará, además el vencimiento del 30 de septiembre.*

El ministro de Economía, **Axel Kicillof**, afirmó hoy que "Argentina no va al default" y agregó que el país "va a seguir pagando y va a defender los canjes de 2005 y 2010", al explicar el proyecto de ley de pago soberano local enviado anoche al Congreso Nacional, que fue presentado por la presidenta Cristina Fernández de Kirchner en un mensaje al país.

Kicillof ofreció este mediodía una conferencia de prensa, junto al secretario Legal y Técnico de la Presidenta, **Carlos Zannini**. Adelantó que concurrirá al Parlamento para dar explicaciones acerca de la iniciativa y recordó que son atribuciones del Congreso el manejo de la deuda externa e interna del país.

"El principal propósito de la ley es el pago soberano local de la deuda de la Argentina", dijo y aclaró que no se trata de un cambio de jurisdicción sino de "una nueva modalidad para asegurar que la Argentina pueda seguir cumpliendo con sus compromisos externos". Es "para que la Argentina pueda seguir pagando y los bonistas puedan seguir cobrando" el dinero correspondiente a la reestructuración de deuda, dijo.

El titular del Palacio de Hacienda realizó un historial de la deuda argentina, señalando que se había convertido en una bola de nieve, que se había tornado impagable. El que prestaba –dijo- "lo hacía para mantener la bicicleta" financiera que llevó al país al default en 2001. Cuando se acabó la fiesta –dijo Kicillof- el gobierno de **Néstor Kirchner** en 2003 inició el proceso de reestructuración.

"Derretimos la bola de nieve bajo el liderazgo de Kirchner", agregó y de esa bola quedó un tercio, en 35%, con los canjes y con esa reducción y la extensión del plazo "la bola de nieve se convirtió en bolita, manejable por presupuesto".

Ahora el juez (Thomas) Griesa con su fallo pretende "la multiplicación de la deuda" que busca volver a la bola de nieve que pretende "poner al país en rodillas ante los intereses extranjeros".

Su fallo –dijo Kicillof- es "de imposible cumplimiento" y explicó que si se acepta pagar al contado, en efectivo y de inmediato como pide el magistrado, a los que no entraron al canje, con intereses y punitorios, se disparan pagos por U$S 1600 millones. Y además, con esta decisión tiene de rehenes a quienes si ingresaron. El fallo de Griesa es un "fallo ciego, inexplicable, extravagante, injusto en el que nadie sabe qué hacer", afirmó.

Frente a esta situación la Argentina ha decidido que, para continuar honrando sus compromisos, se envía al Congreso esta ley soberana de pago local que, esperamos sea aprobada" que abre un canal de pago, pero, además, Kicillof aclaró que también está abierta la posibilidad de que sean los propios bonistas os que presenten una solución. "No es una ley compulsiva, da lugar para que actúen los bonistas", afirmó.

"Damos una alternativa de pago local, no es que llamamos que vengan a la Argentina",  pero ante la actitud del Banco de Nueva York, que retuvo el pago y la pregunta al juez Griesa que debe hacer, se ofrece este camino.

El ministro de Economía también dejó en claro que la Argentina va a pagar el próximo vencimiento el 30 de septiembre, por U$S 200 millones, y observó que las reservas son mas de U$S 29 mil millones, con lo cual "no hay default, por definición".

"Esta es la forma de seguir honrando los compromisos. Asegurar pago, si el canal está obstruido al cobro buscaremos otro cabal, el que mejor cumple el contado es el Banco de la Nación Argentina; habrá discusión en el Parlamento pero es el canal de pago seguro para que puedan cobran los bonistas, luego de certificar la propiedad de bonos. A través de cuentas en el exterior pueden  cobrar", dijo.

Insistió en que no se da un cambio de legislación, es un cambio en la sede de cobro y reafirmó que "es facultad soberana de todo país pagar su deuda, no le pueden obligar ni con la flota en el  puerto a pagar lo que no puede pagar y menos obligar  a no pagar".

En este pago dijo que están incluidos todos los bonistas, también el 7,6% que no entró en canjes anteriores, lo cual demuestra la vocación de pagar en condiciones iguales a todos los bonistas.

En tanto el secretario Legal y Técnico confirmó que el proyecto ingresó a las 21.30 de anoche al Congreso, señalando que la iniciativa "es perfectible, mejorable y objeto de discusión de los que tienen la obligación del dictado de las leyes".

Mencionó que el proyecto tiene una parte declarativa y otra instrumental. En la primera parte se declara de interés pública la reestructuración de la deuda, y los que no adhirieron  especifica los instrumentos que se van a utiliza. Lo nuevo que tiene la ley es que no solo se va a pagar la deuda reestructurada, sino que se va a hacer un depósito a los que no entraron al canje. Habrá una cuenta para pagar la deuda reestructurada y otra cuenta para los que no quisieron ingresar.

 Aclaró que no se trata de reabrir el canje, sino que está abierta la ley de canje de la ley Nro 26886 de 2010, que permite que se conceda un nuevo título que permita el caje del anterior, "para que no se vean expuestos a la sentencia de Griesa", dijo.

Es de orden público para su cumplimiento obligatorio, dijo y luego explicó que es una solución igualitaria y sustentable para el ciento por ciento de los bonistas.

Case 1:09-cv-08757-TPG   Document 483-2   Filed 08/21/14   Page 8 of 8