UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and           :
ACP MASTER, LTD.,                           :
                                            :   No.  09 Civ. 8757 (TPG)
                       Plaintiffs,          :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                       Defendant.           :
---------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and           :
ACP MASTER, LTD.,                           :
                                            :   No.  09 Civ. 10620 (TPG)
                       Plaintiffs,          :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                       Defendant.           :
---------------------------------------------------------------x
AURELIUS OPPORTUNITIES FUND II, LLC         :
and AURELIUS CAPITAL MASTER, LTD.,          :
                                            :   No.  10 Civ. 1602 (TPG)
                       Plaintiffs,          :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                       Defendant.           :
---------------------------------------------------------------x   (captions continue on following pages)
```

**PLAINTIFFS' NOTICE OF MOTION
FOR LEAVE TO AMEND AND
SUPPLEMENT COMPLAINTS**

```
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC             :
and AURELIUS CAPITAL MASTER, LTD.,              :
                                                :
                                                :   No.  10 Civ. 3507 (TPG)
                    Plaintiffs,                 :
                                                :
                                                :
      - against -                               :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and               :
AURELIUS OPPORTUNITIES FUND II, LLC,            :
                                                :   No.  10 Civ. 3970 (TPG)
                    Plaintiffs,                 :
                                                :
                                                :
      - against -                               :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
---------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                    Plaintiff,                  :   No.  10 Civ. 4101 (TPG)
                                                :
      - against -                               :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
---------------------------------------------------------------x :
```

```
-------------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                          :
                                                                   :
                              Plaintiff,                           :   No.  10 Civ. 4782 (TPG)
                                                                   :
              - against -                                          :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                                  :
AURELIUS OPPORTUNITIES FUND II, LLC,                               :
                                                                   :   No.  10 Civ. 8339 (TPG)
                              Plaintiffs,                          :
                                                                   :
              - against -                                          :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------x :
```

3072012.1

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Daniel B. Rapport, all attached exhibits, the accompanying Memorandum of Law, and all prior proceedings herein, Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively "Plaintiffs") will move, pursuant to Rule 15(a) and (d) of the Federal Rules of Civil Procedure, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion for Leave to Amend and Supplement Complaints and for such other relief as the Court deems just and proper; and

**NOTICE IS FURTHER GIVEN** that the Republic of Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for Plaintiffs: Edward A. Friedman, Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, NY 10036-6516.

Dated:  New York, New York
        May 11, 2015

                            Respectfully Submitted,

                            FRIEDMAN KAPLAN SEILER &
                              ADELMAN LLP


                            _____
                            Edward A. Friedman (efriedman@fklaw.com)
                            Daniel B. Rapport (drapport@fklaw.com)
                            Marc G. Farris (mfarris@fklaw.com)
                            7 Times Square
                            New York, New York  10036-6516
                            (212) 833-1100

                            *Attorneys for Plaintiffs*

3072012.1