# EXHIBIT 21

Case 1:09-cv-08757-TPG   Document 580-13   Filed 05/11/15   Page 2 of 28

C D I

Esta norma fue consultada a través de InfoLEG, base de datos del Centro de Documentación e Información, Ministerio de Economía y Finanzas Públicas.

**Secretaría de Finanzas**

**DEUDA PUBLICA**

**Resolución 26/2014**

**Ampliación de emisión de Bonos. Emisión y colocación de Letra del Tesoro.**

Bs. As., 30/4/2014

VISTO el Expediente Nº S01:0083205/2014 del Registro del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS, y las Leyes Nros. 26.741 y 26.932, y

CONSIDERANDO:

Que por el Artículo 1° de la Ley N° 26.932 se ratificó el "CONVENIO DE SOLUCION AMIGABLE Y AVENIMIENTO DE EXPROPIACION" celebrado entre la REPUBLICA ARGENTINA y REPSOL S. A., REPSOL CAPITAL SL, Y REPSOL BUTANO S.A., suscripto el 27 de febrero de 2014 en el marco de lo dispuesto por la Ley N° 26.741 que declaró de utilidad pública y sujeto a expropiación el 51% del patrimonio de YPF SA e YPF GAS SA.

Que por el Artículo 2° se autoriza a la SECRETARIA DE FINANZAS dependiente del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS para la emisión de los BONOS DEL TESORO DE LA NACION en las condiciones y montos establecidos en el Convenio arriba mencionado, así como la emisión de Letras del Tesoro en garantía a favor del BANCO DE LA NACION ARGENTINA, para ser utilizadas como contragarantía del aval a ser otorgado por dicho Banco.

Que la Dirección General de Asuntos Jurídicos del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS ha tomado la intervención que le compete.

Que la presente medida se dicta en virtud de las facultades conferidas por el Artículo 2° de la Ley N° 26.932.

Por ello,

EL SECRETARIO DE FINANZAS

RESUELVE:

**Artículo 1° —** Dispónese la ampliación de la emisión del "BONO DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 7% 2017" (BONAR X), originalmente emitido por el Artículo 1° de la Resolución Conjunta N° 100 de la SECRETARIA DE HACIENDA y N° 24 de la SECRETARIA DE FINANZAS de fecha 10 de abril de 2007, ambas del ex MINISTERIO DE ECONOMIA Y PRODUCCION, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES OCHOCIENTOS MILLONES (VNO U$S 800.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N°26.932.

**Art. 2° —** Dispónese la ampliación de la emisión de los "BONOS DE LA REPUBLICA ARGENTINA CON DESCUENTO EN DOLARES ESTADOUNIDENSES 8,28% 2033" (DISCOUNT 33), cuya ley aplicable es la de la REPUBLICA ARGENTINA, emitidos originalmente mediante el Decreto N° 1.735 de fecha 9 de diciembre de 2004, por un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES MIL DOSCIENTOS CINCUENTA MILLONES (VNO U$S 1.250.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

**Art. 3° —** Dispónese la ampliación de la emisión de los "BONOS DEL GOBIERNO NACIONAL EN DOLARES ESTADOUNIDENSES SIETE POR CIENTO (7%) p.a. 2015" (BODEN 2015), emitidos originalmente mediante la Resolución Conjunta N° 240 de la SECRETARIA DE HACIENDA y N° 85 de la SECRETARIA DE FINANZAS de fecha 16 de setiembre de 2005, ambas del ex MINISTERIO DE ECONOMIA Y PRODUCCION, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES CUATROCIENTOS MILLONES (VNO U$S 400.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

**Art. 4° —** Dispónese la emisión de los "BONOS DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 8,75% 2024" (BONAR 2024), cuya ley aplicable es la de la REPUBLICA ARGENTINA, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES TRES MIL QUINIENTOS CINCUENTA MILLONES (V.N.O. U$S 3.550.000.000), con las siguientes condiciones financieras:

Fecha de emisión: 7 de mayo de 2014.

Fecha de vencimiento: 7 de mayo de 2024.

Plazo: DIEZ (10) años.

ARGLAWBOND_00001368

Moneda de emisión y pago: Dólares Estadounidenses.

Amortización: en SEIS (6) cuotas anuales y consecutivas, comenzando el 5° año posterior a la fecha de emisión (2019). Las primeras CINCO (5) cuotas de amortización serán del DIECISEIS CON SESENTA Y SEIS CENTESIMOS POR CIENTO (16,66%) y la última cuota de DIECISEIS CON SETENTA CENTESIMOS POR CIENTO (16,70%).

Interés: devengará una tasa del OCHO CON SETENTA Y CINCO CENTESIMOS POR CIENTO (8,75%) nominal anual. Los intereses serán pagaderos semestralmente calculados sobre la base meses de TREINTA (30) días y un año de TRESCIENTOS SESENTA días (30/360). Las fechas de pago de intereses serán el 7 de mayo y 7 de noviembre de cada año hasta su vencimiento, siendo la primera fecha de pago de intereses el 7 de noviembre de 2014. Cuando el vencimiento de un cupón no fuere un día hábil, la fecha de pago del cupón será el día hábil inmediato posterior a la fecha de vencimiento original, pero el cálculo del mismo se realizará hasta la fecha de vencimiento original.

Denominación mínima: será de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES UNO (V.N.O. U$S 1).

Colocación: conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

Negociación: serán negociables y se solicitará su cotización en el MERCADO ABIERTO ELECTRONICO (MAE) y en bolsas y mercados de valores del país.

Titularidad: se emitirán Certificados Globales a nombre de la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros del BANCO CENTRAL DE LA REPUBLICA ARGENTINA (CRYL), en su carácter de Agente de Registro de los Bonos.

Exenciones impositivas: gozarán de todas las exenciones impositivas dispuestas por las leyes y reglamentaciones vigentes en la materia.

Atención de los servicios financieros: los pagos se cursarán a través del BANCO CENTRAL DE LA REPUBLICA ARGENTINA mediante transferencias de fondos en las respectivas cuentas de efectivo que posean los titulares de cuentas de registro en dicha Institución.

**Art. 5°** — Dispónese la emisión y colocación de UNA (1) Letra del Tesoro en garantía por un VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES CIENTO CINCUENTA MILLONES (V.N.O. U$S 150.000.000) al BANCO DE LA NACION ARGENTINA (BNA), a los efectos de ser utilizadas como contragarantía de la fianza solidaria a ser otorgada por dicho Banco a REPSOL S.A. correspondiente a los TRES (3) primeros servicios de intereses de los "BONOS DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 8,75% 2024" ("BONAR 2024"),emitidos por el Artículo 4° de la presente, de acuerdo a las siguientes condiciones:

Fecha de emisión: 7 de mayo de 2014.

Plazo Máximo de vigencia: hasta DIEZ (10) días hábiles posteriores a la fecha de pago del tercer servicio de intereses del "BONAR 2024", siendo esta fecha el 24 de noviembre de 2015. Expirará de pleno derecho en dicha fecha o bien de ocurrir la extinción del Convenio, antes de dicha fecha.

En caso de incumplimiento, total o parcial, por parte del Estado Nacional en el pago de cualquiera de los TRES (3) primeros servicios de intereses del "BONAR 2024", en las fechas previstas en el Artículo 4° de la presente y en la medida que el BNA haya realizado el pago del servicio correspondiente al citado título al beneficiario de la fianza solidaria, el mencionado banco podrá requerir la cancelación, total o parcial, de la presente Letra en garantía mediante nota dirigida a la Oficina Nacional de Crédito Público. El Estado Nacional procederá al depósito de los fondos solicitados, dentro de un plazo de SIETE (7) días hábiles de recibido el requerimiento por parte del BNA, en la cuenta que dicha Institución indique.

Titularidad: se emitirá un certificado global que será depositado en la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros (CRYL) del BANCO CENTRAL DE LA REPUBLICA ARGENTINA.

Negociación: la Letra del Tesoro en garantía será intransferible y no negociable.

Denominación mínima: Dólares Estadounidenses UNO (1).

Moneda de emisión y pago: Dólares Estadounidenses.

**Art. 6°** — Comuníquese, publíquese, dése a la Dirección Nacional del Registro Oficial y archívese. — Pablo J. López.

ARGLAWBOND_00001369

# EXHIBIT 22



**Repsol International Finance, B.V.**

Koninginnegracht 19
The Hague
NL-2514-AB
The Netherlands

Tel. 31 703141611
www.repsolinternationalfinancebv.com

The Hague, May 12, 2014

In accordance with Article 14 of Law of 9 May 2006, on market abuse, Repsol International Finance, B.V. (the "Company") is filing the attached English translation of the official notice published by Repsol, S.A, Guarantor of the Euro 10,000,000,000 Guaranteed Euro Medium Term Note Programme of the Company, related to the sale of Argentinean sovereign BONAR 24 bond.

The Spanish version of the official notice was filed on May 9, 2014 by Repsol, S.A. with the Spanish Securities Market Commission (*Comisión Nacional del Mercado de Valores*).

Repsol, S.A.
C/Méndez Alvaro, 44
28045 Madrid

Tlf.:+34 917 538 100
+34 917 538 000
Fax:+34 913 489 494
repsol.com



## Official Notice

Madrid, 9 May 2014

Repsol has today agreed the sale of all of the Argentinean sovereign BONAR24 bonds to JP Morgan Securities PLC. for U.S.$ 2,813,619,791 dollars, including accrued interest.

The closing of the sale, expected to occur on May 13, is subject to the fulfilment of customary terms and conditions in this kind of transactions. Likewise, according to the agreement entered into with the buyer, the remaining bonds delivered by the Republic of Argentina will have a seven days lock-up period, subject to certain exceptions.

With this first transaction, which has no impact on the financial results of the Repsol Group, the debt of the Republic of Argentina with Repsol is reduced by an amount equivalent to the sale.

\* \* \*

*This document does not constitute an offer or invitation to purchase or subscribe securities nor an offer of purchase, sale or exchange, neither a request for an offer of purchase, sale or exchange of securities in any jurisdiction.*

# Exhibit 23
# Filed Under Seal

# Exhibit 24
# Filed Under Seal

# Exhibit 25
# Filed Under Seal

# Exhibit 26
# Filed Under Seal

# Exhibit 27
# Filed Under Seal

# Exhibit 28
# Filed Under Seal

# Exhibit 29
# Filed Under Seal

# Exhibit 30
# Filed Under Seal

# Exhibit 31
# Filed Under Seal

# Exhibit 32
# Filed Under Seal

# Exhibit 33
# Filed Under Seal

# Exhibit 34
# Filed Under Seal

# Exhibit 35
# Filed Under Seal

# EXHIBIT 36



translations@geotext.com
www.geotext.com

STATE OF NEW YORK              )
                               )      ss
COUNTY OF NEW YORK             )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached article titled, "Invitation to bid

for USD-denominated BONAR 8.75% 2024s," dated April 20, 2015.


Ken Hetzel, Project Manager
Geotext Translations, Inc.


Sworn to and subscribed before me

this 22nd day of April , 20 15 .

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143



**Invitation to bid for USD-denominated BONAR 8.75% 2024s**

Home > Press > Financing

**Invitation to bid for USD-denominated BONAR 8.75% 2024s ("BONAR 2024s")**

April 20, 2015

As part of the 2015 financial program, the Office of the Finance Secretary announces that, given the favorable market conditions, it will move forward with a new tender of USD-denominated BONAR 8.75% 2024s ("BONAR 2024s") tomorrow, Tuesday, April 21.

This public debt offering is a continuation of the offering that took place last December, when the BONAR 2024 was reopened at the same time as early payment was offered on the

BODEN 2015, favoring the diversification of the National Government's sources of financing. This issue comes within the framework of the Joint Decision of the Ministry of Finance No. 327/2014 and the Office of the Finance Secretary No. 90/2014. The funds obtained in this transaction will be allocated to finance strategic infrastructure and housing works of the National Government.

At this time, the amount to be tendered will be USD 500 million, subject to increase. For purposes of participating in the tender, the price must be indicated inclusive of interest accrued up to the settlement date. It is recalled that the BONAR 2024s with final maturity on May 7, 2024, are amortized in six consecutive annual installments, starting in May 2019. The first five installments are of 16.66%, and the final installment is of 16.70%. Likewise, they accrue interest at a fixed rate of 8.75% payable every six months.

The public offering of the BONAR 2024s will be carried out in accordance with the conditions and procedures established in the Joint Decision of the Ministry of Finance No. 31/2015 and the Office of the Finance Secretary No. 10/2015 and under the financing strategy guidelines established through the Budget Law for the current year.

| | |
|---|---|
| Tender modality | Public tender by indication of price |
| Total amount to be tendered | USD 500 million |
| Currency of denomination and payments | US dollars |
| Type of instrument | USD-DENOMINATED "BONAR" 8.75% 2024s ("BONAR 2024s") |
| Commissions | No commissions will be paid |
| Date of invitation to bid | Monday, April 20, 2015 |
| Bid acceptance date | Tuesday, April 21, 2015 |
| Bid acceptance deadline | Bids will be accepted until 3:00 p.m., Buenos Aires time, on the bid acceptance date |
| Settlement date | Thursday, April 23, 2015 (T+2) |
| Award system | Single-price Dutch |
| Minimum bid | Original Face Value USD 1,000 |

Invitation to bid for USD-denominated BONAR 8.75%...                    Page 3 of 3

| | |
|---|---|
| Tranches | The bids may be channeled into two tranches: competitive and non-competitive. |
| Bid presentation in the competitive tranche | The price must be stated inclusive of interest accrued up to the settlement date, expressed per each Original Face Value of USD 1,000 with two decimal places. |
| Bid presentation | Bids for purchase of the securities must be firm, made solely through the Communications System provided by the ELECTRONIC OPEN MARKET (hereinafter "SIOPEL"). |
| Bid acceptance for the non-competitive tranche | Up to 100% of the amount awarded in the Competitive Tranche. In the event the total exceeds this limit, bids in this tranche will be prorated proportionately to the amounts requested. Bids will be accepted at the cutoff price. |
| Bid acceptance for the competitive tranche | All bids with a price exceeding the established cutoff price will be accepted. Bids at the cutoff price will be accepted until the amount to be awarded has been covered, with the possibility of prorating proportionately to the amounts requested at this price. |
| Settlement mechanism | On the settlement date, the BONAR 2024s will be credited to the participants' instrument accounts at the CRYL,[1] against the debit of the effective value from their respective accounts in US dollars at the Central Bank of Argentina (BCRA). |
| Participants | The following may participate in the tenders: <br><br> -       SETTLEMENT AND CLEARING AGENTS (COMPREHENSIVE and IN-HOUSE) and BARGAINING AGENTS registered with the National Securities Commission (CNV), who, for settlement purposes, must use accounts opened at the CRYL of the BCRA, whether they are their own or of the MARKETS authorized by the CNV, if they do not have them. <br><br> -       All interested individuals or legal persons, who, for these purposes, must address their expressions of interest in due time and form through the agents detailed in the above paragraph. |



Llamado a licitación de Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024

Inicio  >  Prensa  >  Financiamiento

# Llamado a licitación de Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024 ("BONAR 2024")

20 de abril 2015



En el marco del programa financiero 2015 la Secretaría de Finanzas anuncia que, dadas las favorables condiciones de mercado, se llevará adelante una nueva licitación de los Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024 ("BONAR 2024") mañana martes 21 de abril.

Esta colocación de deuda pública es una continuidad de la realizada en diciembre último, cuando se reabrió el BONAR 2024 al mismo tiempo que se ofreció la cancelación anticipada

del BODEN 2015, favoreciendo la diversificación de las fuentes de financiamiento del Gobierno Nacional. La emisión se enmarca en la Resolución Conjunta de la Secretaría de Hacienda Nº 327/2014 y de la Secretaría de Finanzas Nº 90/2014. Los recursos que se obtengan en esta transacción se destinarán al financiamiento de obras estratégicas de infraestructura y vivienda del Estado Nacional.

En esta oportunidad, el monto a licitar será de U$S 500 millones ampliable. A los fines de participar en la licitación, deberá indicarse el precio incluyendo intereses devengados hasta la fecha de liquidación. Se recuerda que los BONAR 2024 con vencimiento final el 7 de mayo de 2024 amortizan en 6 cuotas anuales y consecutivas, comenzando en mayo de 2019, siendo las primeras 5 cuotas del 16,66% y la última cuota del 16,70%. Asimismo devengan una tasa de interés fija de 8,75% pagadera semestralmente.

La licitación pública para la colocación de BONAR 2024 será efectuada de acuerdo con las condiciones y procedimientos establecidos en la Resolución Conjunta de la Secretaría de Hacienda Nº 31/2015 y de la Secretaría de Finanzas Nº 10/2015 y bajo los lineamientos de la estrategia de financiamiento establecidos mediante la Ley de Presupuesto para el año en curso.

| | |
|---|---|
| Modalidad a licitar | Licitación pública mediante indicación de precio |
| Monto total a licitar | U$S 500 millones |
| Moneda de denominación y pagos | Dólares Estadounidenses |
| Tipo de instrumento | BONOS DE LA NACIÓN ARGENTINA EN DÓLARES ESTADOUNIDENSES 8,75% 2024 ("BONAR 2024") |
| Comisiones | No se pagarán comisiones |
| Fecha del llamado a licitación | Lunes, 20 de abril de 2015 |
| Fecha de recepción de ofertas | Martes, 21 de abril de 2015 |
| Horario límite de recepción de ofertas | Se recibirán ofertas hasta las 15 horas de la Ciudad Autónoma de Buenos Aires del día de recepción de ofertas |
| Fecha de liquidación | Jueves, 23 de abril de 2015 (T+2) |
| Sistema de adjudicación | Holandés de precio único |
| Oferta mínima | VNO U$S 1.000 |

| | |
|---|---|
| Tramos | Las ofertas podrán canalizarse en dos tramos: competitivo y no competitivo |
| Presentación de ofertas en el tramo competitivo | Deberá consignarse el precio incluyendo intereses devengados hasta la fecha de liquidación, expresado por cada VNO U$S 1.000 con dos decimales. |
| Presentación de ofertas | Las ofertas para adquisición de los valores deberán ser realizadas en firme, únicamente por intermedio del Sistema de Comunicaciones provisto por el MERCADO ABIERTO ELECTRÓNICO (en adelante "SIOPEL") |
| Aceptación de ofertas para el tramo no competitivo | Por hasta un 100% del monto adjudicado en el Tramo Competitivo. En el caso que dicho total supere el mencionado límite se procederá a prorratear las ofertas de dicho tramo en forma proporcional a los montos solicitados. Las ofertas serán aceptadas al precio de corte. |
| Aceptación de ofertas en el tramo competitivo | Se aceptarán en su totalidad las ofertas que tengan un precio mayor al que se fije como precio de corte. Las ofertas al precio de corte aceptadas hasta cubrir el monto a adjudicar, pudiéndose proceder a efectuar prorrateos en forma proporcional a los montos solicitados a dicho precio. |
| Mecanismo de liquidación | En la fecha de liquidación, los BONAR 2024 serán acreditados en las cuentas de instrumento en CRYL de los participantes, contra el débito del valor efectivo de sus respectivas cuentas en Dólares Estadounidenses radicadas en el BCRA. |
| Participantes | Podrán participar de las licitaciones:<br><br>· Los AGENTES DE LIQUIDACIÓN Y COMPENSACIÓN (INTEGRALES y PROPIOS) y AGENTES DE NEGOCIACIÓN registrados en la CNV, debiendo utilizar a los efectos de la liquidación las cuentas abiertas en la CRYL del BCRA ya sean propias o de los MERCADOS autorizados por la CNV en caso de no contar con las mismas.<br><br>· Todas aquellas personas físicas o jurídicas interesadas, debiendo a estos efectos dirigir sus manifestaciones de interés en tiempo y forma a través de los agentes detallados en el párrafo anterior. |