UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NML CAPITAL, LTD.,

                Plaintiff,

    -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

-------------------------------------------------------------------X

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

    -against-

THE REPUBLIC OF ARGENTINA,

              Defendant.

07 Civ. 2715 (TPG)
07 Civ. 11327 (TPG)

-------------------------------------------------------------------X

BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

    -against-

THE REPUBLIC OF ARGENTINA,

              Defendant.

07 Civ. 2693 (TPG)
10 Civ. 4101 (TPG)
10 Civ. 4782 (TPG)

-------------------------------------------------------------------X *(captions continue on following page)*

**DECLARATION OF ELIZABETH M. HANLY IN OPPOSITION TO
PLAINTIFFS' MOTIONS FOR DISCOVERY SANCTIONS**

```
------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC            :
and AURELIUS CAPITAL MASTER, LTD.,             :
                                               :
                         Plaintiffs,           :
                                               :    10 Civ. 1602 (TPG)
            -against-                          :    10 Civ. 3507 (TPG)
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                         Defendant.            :
------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and              :
AURELIUS OPPORTUNITIES FUND II, LLC,           :
                                               :
                         Plaintiffs,           :
                                               :
            - against -                        :    10 Civ. 3970 (TPG)
                                               :    10 Civ. 8339 (TPG)
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                         Defendant.            :
------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and              :
ACP MASTER, LTD.,                              :
                                               :
                         Plaintiffs,           :
                                               :
            - against -                        :    09 Civ. 8757 (TPG)
                                               :    09 Civ. 10620 (TPG)
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                         Defendant.            :
------------------------------------------------------------------X
```

Pursuant to 28 U.S.C. § 1746, Elizabeth M. Hanly declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters. I submit this declaration on behalf of the Republic in opposition to plaintiffs' motions for discovery sanctions.

2. Attached to this declaration as Exhibits A-R are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Letter from K. Bresnahan to R. Cohen and E. Friedman (July 15, 2015); |
| B | Letter from W. Dahill and C. Clark to Judge Griesa, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. July 6, 2015); |
| C | Letter from P. Zimmerman to Judge Griesa, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. July 6, 2015); |
| D | Letter from S. Tountas to D. O'Gorman (May 28, 2015); |
| E | Letter from J. Stecher to D. O'Gorman (May 28, 2015); |
| F | NML Subpoena Duces Tecum to Tannenbaum Helpern Syracuse & Hirschtritt LLP, May 7, 2015; |
| G | NML Subpoena Duces Tecum to Bleichmar Fonti Tountas & Auld LLP, May 7, 2015; |
| H | Email from C. Boccuzzi to R. Cohen (Feb. 18, 2015); |
| I | Email from R. Cohen to C. Boccuzzi (Feb. 17, 2015); |
| J | Letter from C. Boccuzzi to R. Cohen (Jan. 30, 2015); |
| K | Letter from R. Cohen to C. Boccuzzi (Jan. 23, 2015); |
| L | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 14 Misc. 1237 (RCL) (D.D.C. Nov. 6, 2014); |
| M | Email from K. Bresnahan to D. Rapport (July 15, 2013); |

| Ex. | Document |
|---|---|
| N | Plaintiffs' Discovery Requests to Defendant the Republic of Argentina, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. June 13, 2013); |
| O | Republic of Argentina's Responses and Objections to Plaintiff's Interrogatories and Document Requests, *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Sept. 27, 2012); |
| P | Plaintiff's Discovery Requests to Defendant the Republic of Argentina, *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Aug. 14, 2012); |
| Q | Plaintiffs' Requests for Production to Defendant, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| R | Letter from C. Boccuzzi to Judge Griesa, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. May 29, 2009). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2015, in New York, New York.

_____
ELIZABETH M. HANLY