# EXHIBIT 7



**Repsol International Finance, B.V.**  Koninginnegracht 19   Tel. 31 703141611
The Hague   www.repsolinternationalfinancebv.com
NL-2514-AB
The Netherlands

The Hague, February 26, 2014

In accordance with Article 14 of Law of 9 May 2006, on market abuse, Repsol International Finance, B.V. is filing the attached English translation of the official notice published on February 25, 2014 by Repsol, S.A. (Guarantor of the Euro 10,000,000,000 Guaranteed Euro Medium Term Note Programme of the Company), related to the approval by the Board of Director of Repsol, S.A. of the execution of an agreement over the expropriation of YPF for US$ 5.0 billion, subject to ratification of the General Shareholders' Meeting.

The Spanish version of the press release has been also filed today by Repsol, S.A. with the Spanish Securities Market Commission (*Comisión Nacional del Mercado de Valores*).



c/ Méndez Álvaro 44        Tel. 34 917 538 100
28045 Madrid              34 917 538 000
España                   Fax  34 913 489 494
                         www.repsol.com

**ARGENTINA AND REPSOL REACH A COMPENSATION AGREEMENT OVER THE EXPROPIATION OF YPF**

The agreement approved today by Repsol's Board of Directors must be ratified by the Annual General Shareholders' Meeting and by the Argentinean Parliament

The agreement reached between the Republic of Argentina and Repsol ("Convenio de Solución Amigable y Avenimiento de Expropiación") recognises the company's right to receive US$5 billion as compensation for the expropriation of 51% of the shares of YPF and stipulates guarantees for effective payment as well as the termination of all judicial and arbitration proceedings and the reciprocal waiver of future claims.

The agreement does not enter into force until a number of conditions precedent are met, including its approval by Repsol's Annual General Meeting followed by approval of a law especially sanctioned by the Parliament of the Republic of Argentina.

**Makeup of Public Debt**

The agreement stipulates that the Government of Argentina will transfer to Repsol dollar-denominated public debt, as follows:

1) A fixed package with a nominal value of $5 billion, made up of:

- Bonar X: US$500 million.

- Discount 33: US$1.250 billion.

- Bonar 2024: US$3.250 billion.


2) A complementary package, with a maximum nominal value of $1 billion, made up of:

- Boden 2015: US$400 million.

- Bonar X: US$300 million.

- Bonar 2024: US$300 million.

The transferal of the complementary package will be adjusted so that the market value of all the Argentinean bonds delivered to Repsol is no less than $4.670 billion and up to a maximum nominal value of $6 billion. The market value will be calculated through quotations from international financial institutions. The complementary bonds will be delivered to Repsol by earliest maturity first up to the limits indicated in each bond.

Official Notice



The closing of the transaction will be completed with the delivery of the bonds in Repsol's favor with full guarantees in their deposit through an international financial clearing institution. Repsol is free to sell these bonds. If the sale proceeds were to exceed US$5 billion (excluding costs and interest), the excess would revert to the Republic of Argentina.

**Guarantees**

The Republic of Argentina's debt will be transferred to Repsol "pro solvendo," that is that the debt due to Repsol will not be considered to be extinguished until full payment, be it through the sale of bonds or through ordinary payment through the bonds' maturity.

As an additional guarantee, the Republic of Argentina recognises that if the debt were restructured or there were a failure to pay, Repsol has the right to accelerate debt payment and seek payment of the outstanding amount up to $5 billion through UNCITRAL (United Nations Commission on International Trade Law.)

The compensation agreement is protected by the Bilateral Treaty between Spain and Argentina for the Protection of Investments (Acuerdo de Promoción y Protección de Inversiones entre España y Argentina.)


**Agreement with YPF**

Simultaneously with the execution of the agreement, Repsol will enter into an agreement with YPF and YPF Gas by which – mainly - all parties will agree to desist from all legal action initiated by them as well as certain waivers and indemnities.

Official Notice



ANNEX 1

**INITIAL PACKAGE**

| Bond | Nominal (US$) | ISIN | Coupon | Maturity |
|---|---|---|---|---|
| Bonar X | 500,000,000 | ARARGE03F441 | 7.00% | 17/04/2017 |
| Bonar 2024 | 3,250,000,000 | To be confirmed | 8.75% | 10 years from the issue date. Yearly payment at 16.66% of the face value between years 5 y 9 and 16.7% in year 10. |
| Discount 33 (*) | 1,250,000,000 | ARARGE03E113 | 8.28% | 31/12/2033. From June 2024 paid in 20 half-yearly payments. Each of the 20 payments includes the proportional part of the capitalized interest accrued until the first payment (7.01%) |
| **Total initial package** | **5,000,000,000** | | | |

**ADDITIONAL CONTINGENT PACKAGE**

| Bond | Nominal (US$) | ISIN | Coupon | Maturity |
|---|---|---|---|---|
| Boden 2015 | Up to 400,000,000 | ARARGE03F144 | 7.00% | 03/10/2015 |
| Bonar X | Up to 300,000,000 | ARARGE03F441 | 7.00% | Described in initial package |
| Bonar 2024 | Up to 300,000,000 | To be confirmed | 8.75% | Described in initial package |
| | **Up to 1,000,000,000** | | | |

(*) This bond includes capitalized interest worth $500 million.

# EXHIBIT 8

# **FILED UNDER SEAL**

# EXHIBIT 9

10/3/2014 ARGENTINA 2038 PAR | Bond | A0DUDB | ARARGE03E097 | Master Data | boerse-frankfurt.de (Frankfurt Stock Exchange)

Case 1:09-cv-08757-TPG Document 61-4 Filed 10/05/15 Page 8 of 31



**BÖRSE FRANKFURT**

**ARGENTINA 2038 PAR**
Bond , ISIN ARARGE03E097, WKN A0DUDB



Today  1 W  1 M  3 M  6 M  1 Y  3 Y  10 Y

50

49

48

12:00          15:00

— Price        — Last Price Prev. Day

### Key Figures

| | |
|---|---|
| Yield in % (last price) | 6.93668 |
| Yield in % (ask) | - |
| Accrued interest in % | 0.04861 |
| Accrued Interest days | 7 |
| Duration in years | 15.200 |
| Modified Duration in years | 14.214 |
| Yield calculator | |

To Watchlist/Portfolio

### Frankfurt Realtime

| | |
|---|---|
| Bid / Ask | - : - |
| Volume nominal | - : - |
| Spread abs/rel. | - / - |
| Change from Prev. Day | - /   0.00% |
| Time | 06:56:00 |

### Price Information

| | Frankfurt |
|---|---|
| **Last Price** | **49.000 %** |
| Date, Time | 02/10/2014 16:33 |
| Change from Prev. Day | -1.750 / -3.45% |
| Turnover real | 0.00 |
| Turnover nominal | 0 |
| Price Fixings | - |
| Bid/Ask | - : - |
| Bid/Ask Volume in € | - : - |
| Bid/Ask Time | 03/10/2014 06:56:00 |
| Spread abs/rel. | - / - |
| High | - |
| Low | - |
| 52-week-High | 51.000 |
| 52-week-Low | 27.350 |
| Close | 50.750 |
| Trading Hours | 09:00 - 17:30 |

### Interest Rates

| | |
|---|---|
| Coupon | 2.500 |
| Annual Pay Date | 31. March, 30. September |
| Interest Payment Count | Semi-annually |
| Interest Period from to | - |
| Start Interest Payment | 30/12/2003 |
| Accumulated Interest | Yes |
| Interest and dividend payments | Variable interest rate |

### Rating

| | |
|---|---|
| Moody's | not rated |

### Frankfurt Trading Parameters

| | |
|---|---|
| Segment | Open Market |
| Exchange | Frankfurt |
| Specialist | Walter Ludwig Wertpapierhandels GmbH |
| Continous Quotation | Yes |
| Single Price | No |
| Trading Hours | 09:00 - 17:30 |

### Master Data

| | |
|---|---|
| Name | ARGENTINA 2038 PAR |
| ISIN | ARARGE03E097 |
| WKN | A0DUDB |
| Symbol | - |
| Type | Currency |
| Market Segment | Open Market |
| Denomination Frankfurt | 1 |
| Denomination Xetra | 1 |
| Issuer | Argentinien, Republik |
| Issue Date | 31/12/2003 |
| Issue Volume | 1.25 bn. |
| Volume in circulation | 1.25 bn. |
| Issue Currency | USD |

| | |
|---|---|
| First Quotation Date | 23/05/2011 |
| Valutation Date | equal to Start Interest Payment |
| Maturity Date | 31/12/2038 |
| Termination by Debitor | - |
| Extra Termination | - |
| Bond Denomination Currency | USD |
| Settlement Currency | USD |
| Subordinated | No |

# EXHIBIT 10

# **FILED UNDER SEAL**

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12

# **FILED UNDER SEAL**

# EXHIBIT 13



May 11, 2015

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**News Article**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918

*La Nación*

**No relief in 2015: Debt issue raises less than 10% of what was hoped**

*The Government obtained only US$ 286 million from the Bonar 2024 extension and, where the swap is concerned, only 5.6% of the US$6.7 billion payment that must be met within 10 months' time will be deferred for 9 years; on the plus side, no more than 2% requested early collection*

Saturday, December 13, 2014

By Javier Blanco | LA NACION

Stymied by adverse conditions in the international markets over the last few days, the Government yesterday failed to secure the hoped-for alleviation of its debt maturity profile for the coming year, part of an attempt to avoid such payments (through the erosion of reserves) again raising the specter of tensions in the exchange rates during an election year.

In the end, it becomes more apparent every day that the Government has staked a huge amount on keeping exchange rates as stable as possible (even in the context of a generalized devaluation of the other emerging currencies) in an attempt to position the inflation rate at a lower level.

Yesterday it obtained barely 286 million dollars of the 3 billion it was searching for (9.5%) in order to meet the US$ 6.7 billion payment it must make under the Boden 2015 in October 2015. Sixty percent of those funds will be contributed by the Administración Nacional de la Seguridad Social [National Social Security Administration] (Anses) with another US$ 100 million contributed by the Fintech investment fund belonging to Mexican entrepreneur David Martinez, according to informed market sources.

Where the swapping of the Boden 2015 for the Bonar 2024 was concerned, the Government secured acceptance by only 5.6% of those having the right to this payment to take the option to wait another 9 years before collecting these funds, this despite having offered to increase the interest rate from 7 to 8.5% as compensation for the wait. It obtained US$ 377 million via this measure.

On the other hand, it obtained something that can well be regarded as a real accomplishment: only 2% of those having the option to collect the bond in advance opted to do so. On the 22nd of this month the latter must be paid US$ 185 million, with US$ 97 being honored for each tranche of US$ 100 submitted by them. "If it was truly the case that they had so little trust in our payment capability, many more people would have asked to collect the bond now" stated Economy Minister Axel Kicillof in announcing the results to the press, accompanied by Under-Secretary Emmanuel Alvarez Agis, and Finance Minister Pablo López.

That part of the official assessment is shared by market analysts who nonetheless pointed out that the Government should have suspended the operation in view of the sudden change in market conditions. "It's good that almost no one wanted to collect sooner since that implies that there is confidence that the country will pay in October. But the fact that it was not possible to defer or finance a significant part of the US$ 6.7 billion maturity in October is a problem that will force the Government to sit down and negotiate with the holdouts if it wants to lower imports and consequently ease the recession," stated Nadin Argañaraz, Director of the Instituto Argentino de Análisis Fiscal [Argentine Fiscal Analysis Institute].

As far as Ramiro Castiñeira of Econométrica is concerned, yesterday's results "confirm that access to international markets is complicated unless the debt question is addressed, and you won't solve the problem by paying high rates." "If they really want to make the transition more viable by recourse to indebtedness, they're going to have to put this matter on the agenda," he stated.

The interpretation made by these two analysts comes as a result of the failed attempt by the Government to demonstrate its access to international financing beyond the strictures the vulture funds are attempting to place on it having secured favorable judgments in New York.

Indeed, there was speculation in the market that this was one of the unstated objectives of the operation, a theory that was strengthened after Kicillof underlined the urgent need to be negotiate with these creditors a few days ago, despite the expiration of the effective period of the RUFO clause limiting that possibility in view of the risk of prompting suits from the remaining bondholders.

"The fact that they have not come running to request collection in dollars is good news," stated Federico Tomasevich of the Puente investment bank. "But it would be foolish not to recognize that any country would have suspended it because, under current conditions, subscription of the Bonar 2014 was not viable."

Talk of a deferment, which was on the lips of practically every agent in the market, reflects the change in the prices of those bonds involved in the operation from the moment that it was launched (last Friday) until the time it opened (between Wednesday and yesterday). Effectively, since bond purchase prices are fixed and their values fell (in line with what occurred in the other markets in the region), for a few brief moments it was possible to acquire the Boden 2024 for one or even two dollars less on the market. "Under these conditions, had I purchased it during the invitation to tender, I would have exposed myself to lawsuits from my clients," explained an international fund manager to *La Nación* on condition of anonymity.

"They offered to sell for US$ 99.7 a bond that was briefly listed at US$ 96.20. Under those conditions no institution could have bought it," explained the economist José Luis Espert, who judged the operation to have been a "failure."

The Government's handling of this matter is the subject of all kinds of sniping on Twitter. "Unbelievably bad luck for Kicillof, right?! He always does things right but everything turns out badly. No self-criticism," quipped the economist Luis Secco. "Has the Minister of Finance resigned yet?" asked his colleague Maximiliano Castillo with derision.

"What was demonstrated is that they dived into the pool without establishing whether there was any water in it. Despite the fact that there is a great deal of interest in investing in Argentina, even though she's in default and subject to domestic legislation, they failed to pull it off due to technical incompetence," stated economist and Pro deputy Federico Sturzenneger.

As far as former Minister of Finance Miguel Kiguel is concerned, "it displayed amateurism and inexperience."

*La Nacion*

**Sin alivio en 2015: captaron menos de 10% de lo esperado con la emisión de deuda**

*El Gobierno obtuvo sólo US$ 286 millones por la ampliación del Bonar 2024; en cuanto al canje, diferirá por 9 años apenas 5,6% del pago de US$ 6700 millones que afrontará dentro de 10 meses; lo positivo: no más de 2% pidió cobrar por anticipado*

Sabado, 13 de diciembre de 2014

Por Javier Blanco  |  LA NACION

Entrampado por las condiciones adversas de los últimos días en los mercados internacionales, el Gobierno no logró ayer aliviar -como se proponía- el perfil de vencimientos de deuda para el año próximo, en un intento por evitar que esos pagos (al erosionar las reservas) puedan llegar a recrear episodios de tensión en la plaza cambiaria en un año electoral.

Después de todo, a diario deja a la vista que su gran apuesta en mantener el tipo de cambio lo más estable posible (aún en un contexto de devaluación generalizada del resto de las monedas emergentes) para tratar de volver a ubicar la tasa de inflación en un nivel más bajo.

Ayer apenas captó 286 millones de dólares de los 3000 millones que salió a buscar (9,5%) para afrontar en octubre de 2015 el pago por US$ 6700 millones al que lo obliga el Boden 2015. El 60% de esos recursos los habría aportado la Administración Nacional de la Seguridad Social (Anses) y otros US$ 100 millones habría acercado el fondo de inversión Fintech, del empresario mexicano David Martinez, según calificadas fuentes del mercado.

En cuanto al canje de Boden 2015 por Bonar 2024, el Gobierno sólo logró que 5,6% de los que tienen derecho a ese pago acepten aguardar otros 9 años para hacerse de esos fondos, pese a que les ofreció subir del 7 al 8,75% la tasa de interés para compensar la espera. Por esta vía captó US$ 377 millones.

En contrapartida, obtuvo lo que bien puede valorarse un logro: sólo 2% de los que tenían la opción de pasar a cobrar el bono por adelantado pidieron hacerlo. A ellos deberá girarles el 22 de este mes US$ 185 millones, reconociéndoles US$ 97 por cada lámina de US$ 100 que entreguen. "Si hubiera sido verdad que tanto desconfiaban de nuestra capacidad de pago, mucha más gente habría pedido cobrar ya el bono", destacó el ministro de Economía, Axel Kicillof, al anunciar los resultados a la prensa, junto al viceministro, Emmanuel Alvarez Agis, y el secretario de Finanzas, Pablo López.

Esa parte de la evaluación oficial es compartida por los analistas de mercado que, aun así, no dejan de observar que el Gobierno debió haber suspendido la operación en vista del abrupto cambio en las condiciones de mercado. "Es exitoso que casi nadie haya querido cobrar antes porque implica que se confía que el país va a pagar en octubre. Pero que no se haya logrado diferir o financiar una parte importante del vencimiento del US$ 6700 millones en octubre es un problema y obligará al Gobierno a sentarse a negociar con los holdouts si quiere aliviar las importaciones y consecuentemente la recesión", evaluó Nadin Argañaraz, director del Instituto Argentino de Análisis Fiscal.

Para Ramiro Castiñeira, de Econométrica, los resultados de ayer "confirman que, sin encaminar el tema de la deuda, el acceso al mercado internacional es complicado y no lo solucionás pagando tasas altas". "Si realmente quieren hacer más viable la transición recurriendo al endeudamiento, van a tener que incorporar ese tema a la agenda", consideró.

La lectura de los analistas viene a cuento del fallido intento oficial por mostrar acceso al financiamiento internacional, más allá del condicionamiento al que intentan someterlo los fondos buitre luego de lograr sentencias a favor en Nueva York.

De hecho, en el mercado se especuló que ése era uno de los objetivos no confesados de la operación, hipótesis que se fortaleció luego de que el propio Kicillof condicionara días atrás la urgencia por negociar con estos acreedores, aún vencida la vigencia de la cláusula RUFO que limitaba de hecho esa posibilidad por los riesgos de que se disparen demandas del resto de los bonistas.

"Que no hayan venido corriendo a pedirte cobrar los dólares es un buen dato", valoró Federico Tomasevich, de la banca de inversión Puente. "Pero sería necio no reconocer que cualquier país la hubiera suspendido porque, en este contexto, la suscripción del Bonar 2014 era inviable."

La mención a un aplazamiento, repetida por casi todos los agentes del mercado, responde a la alteración que tuvieron los precios de los bonos involucrados en la operación desde el momento en que fue lanzada (el pasado viernes) hasta el momento en que estuvo abierta (del miércoles a ayer). Ocurre que, como los precios de compra de los bonos eran fijos y sus cotizaciones cayeron (en línea con lo que ocurrió en el resto de las plazas de la región), por momentos se pudo llegar a adquirir al Boden 2024 a uno o hasta dos dólares más baratos en el mercado. "En esta condiciones, si lo compraba en la licitación me exponía a juicios de mis clientes", explicó el manager de un fondo internacional a La Nacion luego de reclamar anonimato.

"Ellos ofrecían vender a US$ 99,7 un bono que llegó a cotizar a US$ 96,20. En estas condiciones, ningún institucional podía comprarlo", explicó el economista José Luis Espert, que juzgó la operación como "fracaso".

El manejo que el Gobierno hizo fue motivo de todo tipo de chanzas en Twitter. "¡¿Qué tipo de poca suerte Kicillof, no?! Siempre hace las cosas bien y le sale todo mal. Ninguna autocrítica", disparó el economista Luis Secco. "¿Ya renunció el secretario de Finanzas?", se inquirió con sorna su colega Maximiliano Castillo.

"Lo que se comprobó es que se tiraron a la pileta sin verificar si había agua. Pese a que hay mucho interés en financiar a la Argentina aún en default y bajo legislación local, no lo lograron por impericia técnica", consideró el economista y diputado por el Pro Federico Sturzenegger.

Para el ex secretario de Finanzas Miguel Kiguel, "hubo amateurismo y falta de experiencia"

# EXHIBIT 14
# **FILED UNDER SEAL**

# EXHIBIT 15

# **FILED UNDER SEAL**

# EXHIBIT 16
# **FILED UNDER SEAL**

# EXHIBIT 17

# **FILED UNDER SEAL**

# EXHIBIT 18



translations@geotext.com
www.geotext.com

STATE OF NEW YORK        )
                         )
                         )        ss
COUNTY OF NEW YORK       )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached article titled, "Invitation to bid

for USD-denominated BONAR 8.75% 2024s," dated April 20, 2015.


Ken Hetzel, Project Manager
Geotext Translations, Inc.


Sworn to and subscribed before me

this 22nd day of April, 20 15 .


DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143



**Invitation to bid for USD-denominated BONAR 8.75% 2024s**

Home > Press > Financing

**Invitation to bid for USD-denominated BONAR 8.75% 2024s ("BONAR 2024s")**

April 20, 2015

As part of the 2015 financial program, the Office of the Finance Secretary announces that, given the favorable market conditions, it will move forward with a new tender of USD-denominated BONAR 8.75% 2024s ("BONAR 2024s") tomorrow, Tuesday, April 21.

This public debt offering is a continuation of the offering that took place last December, when the BONAR 2024 was reopened at the same time as early payment was offered on the

Invitation to bid for USD-denominated BONAR 8.75%...                    Page 2 of 3

BODEN 2015, favoring the diversification of the National Government's sources of financing. This issue comes within the framework of the Joint Decision of the Ministry of Finance No. 327/2014 and the Office of the Finance Secretary No. 90/2014. The funds obtained in this transaction will be allocated to finance strategic infrastructure and housing works of the National Government.

At this time, the amount to be tendered will be USD 500 million, subject to increase. For purposes of participating in the tender, the price must be indicated inclusive of interest accrued up to the settlement date. It is recalled that the BONAR 2024s with final maturity on May 7, 2024, are amortized in six consecutive annual installments, starting in May 2019. The first five installments are of 16.66%, and the final installment is of 16.70%. Likewise, they accrue interest at a fixed rate of 8.75% payable every six months.

The public offering of the BONAR 2024s will be carried out in accordance with the conditions and procedures established in the Joint Decision of the Ministry of Finance No. 31/2015 and the Office of the Finance Secretary No. 10/2015 and under the financing strategy guidelines established through the Budget Law for the current year.

| | |
|---|---|
| Tender modality | Public tender by indication of price |
| Total amount to be tendered | USD 500 million |
| Currency of denomination and payments | US dollars |
| Type of instrument | USD-DENOMINATED "BONAR" 8.75% 2024s ("BONAR 2024s") |
| Commissions | No commissions will be paid |
| Date of invitation to bid | Monday, April 20, 2015 |
| Bid acceptance date | Tuesday, April 21, 2015 |
| Bid acceptance deadline | Bids will be accepted until 3:00 p.m., Buenos Aires time, on the bid acceptance date |
| Settlement date | Thursday, April 23, 2015 (T+2) |
| Award system | Single-price Dutch |
| Minimum bid | Original Face Value USD 1,000 |

Invitation to bid for USD-denominated BONAR 8.75%...                    Page 3 of 3

| | |
|---|---|
| Tranches | The bids may be channeled into two tranches: competitive and non-competitive. |
| Bid presentation in the competitive tranche | The price must be stated inclusive of interest accrued up to the settlement date, expressed per each Original Face Value of USD 1,000 with two decimal places. |
| Bid presentation | Bids for purchase of the securities must be firm, made solely through the Communications System provided by the ELECTRONIC OPEN MARKET (hereinafter "SIOPEL"). |
| Bid acceptance for the non-competitive tranche | Up to 100% of the amount awarded in the Competitive Tranche. In the event the total exceeds this limit, bids in this tranche will be prorated proportionately to the amounts requested. Bids will be accepted at the cutoff price. |
| Bid acceptance for the competitive tranche | All bids with a price exceeding the established cutoff price will be accepted. Bids at the cutoff price will be accepted until the amount to be awarded has been covered, with the possibility of prorating proportionately to the amounts requested at this price. |
| Settlement mechanism | On the settlement date, the BONAR 2024s will be credited to the participants' instrument accounts at the CRYL,[1] against the debit of the effective value from their respective accounts in US dollars at the Central Bank of Argentina (BCRA). |
| Participants | The following may participate in the tenders:<br><br>-      SETTLEMENT AND CLEARING AGENTS (COMPREHENSIVE and IN-HOUSE) and BARGAINING AGENTS registered with the National Securities Commission (CNV), who, for settlement purposes, must use accounts opened at the CRYL of the BCRA, whether they are their own or of the MARKETS authorized by the CNV, if they do not have them.<br><br>-      All interested individuals or legal persons, who, for these purposes, must address their expressions of interest in due time and form through the agents detailed in the above paragraph. |



Llamado a licitación de Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024

Inicio > Prensa > Financiamiento

# Llamado a licitación de Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024 ("BONAR 2024")

20 de abril 2015



En el marco del programa financiero 2015 la Secretaría de Finanzas anuncia que, dadas las favorables condiciones de mercado, se llevará adelante una nueva licitación de los Bonos de la Nación Argentina en dólares estadounidenses 8,75% 2024 ("BONAR 2024") mañana martes 21 de abril.

Esta colocación de deuda pública es una continuidad de la realizada en diciembre último, cuando se reabrió el BONAR 2024 al mismo tiempo que se ofreció la cancelación anticipada

del BODEN 2015, favoreciendo la diversificación de las fuentes de financiamiento del Gobierno Nacional. La emisión se enmarca en la Resolución Conjunta de la Secretaría de Hacienda Nº 327/2014 y de la Secretaría de Finanzas Nº 90/2014. Los recursos que se obtengan en esta transacción se destinarán al financiamiento de obras estratégicas de infraestructura y vivienda del Estado Nacional.

En esta oportunidad, el monto a licitar será de U$S 500 millones ampliable. A los fines de participar en la licitación, deberá indicarse el precio incluyendo intereses devengados hasta la fecha de liquidación. Se recuerda que los BONAR 2024 con vencimiento final el 7 de mayo de 2024 amortizan en 6 cuotas anuales y consecutivas, comenzando en mayo de 2019, siendo las primeras 5 cuotas del 16,66% y la última cuota del 16,70%. Asimismo devengan una tasa de interés fija de 8,75% pagadera semestralmente.

La licitación pública para la colocación de BONAR 2024 será efectuada de acuerdo con las condiciones y procedimientos establecidos en la Resolución Conjunta de la Secretaría de Hacienda Nº 31/2015 y de la Secretaría de Finanzas Nº 10/2015 y bajo los lineamientos de la estrategia de financiamiento establecidos mediante la Ley de Presupuesto para el año en curso.

| | |
|---|---|
| Modalidad a licitar | Licitación pública mediante indicación de precio |
| Monto total a licitar | U$S 500 millones |
| Moneda de denominación y pagos | Dólares Estadounidenses |
| Tipo de instrumento | BONOS DE LA NACIÓN ARGENTINA EN DÓLARES ESTADOUNIDENSES 8,75% 2024 ("BONAR 2024") |
| Comisiones | No se pagarán comisiones |
| Fecha del llamado a licitación | Lunes, 20 de abril de 2015 |
| Fecha de recepción de ofertas | Martes, 21 de abril de 2015 |
| Horario límite de recepción de ofertas | Se recibirán ofertas hasta las 15 horas de la Ciudad Autónoma de Buenos Aires del día de recepción de ofertas |
| Fecha de liquidación | Jueves, 23 de abril de 2015 (T+2) |
| Sistema de adjudicación | Holandés de precio único |
| Oferta mínima | VNO U$S 1.000 |

| | |
|---|---|
| Tramos | Las ofertas podrán canalizarse en dos tramos: competitivo y no competitivo |
| Presentación de ofertas en el tramo competitivo | Deberá consignarse el precio incluyendo intereses devengados hasta la fecha de liquidación, expresado por cada VNO U$S 1.000 con dos decimales. |
| Presentación de ofertas | Las ofertas para adquisición de los valores deberán ser realizadas en firme, únicamente por intermedio del Sistema de Comunicaciones provisto por el MERCADO ABIERTO ELECTRÓNICO (en adelante "SIOPEL") |
| Aceptación de ofertas para el tramo no competitivo | Por hasta un 100% del monto adjudicado en el Tramo Competitivo. En el caso que dicho total supere el mencionado límite se procederá a prorratear las ofertas de dicho tramo en forma proporcional a los montos solicitados. Las ofertas serán aceptadas al precio de corte. |
| Aceptación de ofertas en el tramo competitivo | Se aceptarán en su totalidad las ofertas que tengan un precio mayor al que se fije como precio de corte. Las ofertas al precio de corte serán aceptadas hasta cubrir el monto a adjudicar, pudiéndose proceder a efectuar prorrateos en forma proporcional a los montos solicitados a dicho precio. |
| Mecanismo de liquidación | En la fecha de liquidación, los BONAR 2024 serán acreditados en las cuentas de instrumento en CRYL de los participantes, contra el débito del valor efectivo de sus respectivas cuentas en Dólares Estadounidenses radicadas en el BCRA. |
| Participantes | Podrán participar de las licitaciones:<br><br>·      Los AGENTES DE LIQUIDACIÓN Y COMPENSACIÓN (INTEGRALES y PROPIOS) y AGENTES DE NEGOCIACIÓN registrados en la CNV, debiendo utilizar a los efectos de la liquidación las cuentas abiertas en la CRYL del BCRA ya sean propias o de los MERCADOS autorizados por la CNV en caso de no contar con las mismas.<br><br>·      Todas aquellas personas físicas o jurídicas interesadas, debiendo a estos efectos dirigir sus manifestaciones de interés en tiempo y forma a través de los agentes detallados en el párrafo anterior. |