# EXHIBIT 19



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached Joint Resolution 31/2015 and

10/2015, dated March 25, 2015.

Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 22ⁿᵈ day of April , 20 15 .

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

CDI

This regulation was researched on InfoLEG, a database of the Documentation and Information Center, Ministry of Economy and Public Finance.

**Office of the Treasury Secretary**
**and**
**Office of the Finance Secretary**

**PUBLIC DEBT**
**Joint Resolution 31/2015 and 10/2015**

**Order the issuance of the "National Treasury Bonds Mat. March 2016" and "National Treasury Bonds Mat. September 2016."**
Buenos Aires, 3/25/2015

HAVING SEEN File No. S01:0060556/2015 of the Registry of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, the Law of Financial Administration and Control Systems for the National Public Sector No. 24,156 and its amendments, Law No. 27,008 of the General Budget of the National Administration for the 2015 Fiscal Year, Decree No. 1,344 dated October 4, 2007, Joint Resolution No. 205 of the OFFICE OF THE TREASURY SECRETARY and No. 34 of the OFFICE OF THE FINANCE SECRETARY dated June 5, 2007, both from the former MINISTRY OF ECONOMY AND PRODUCTION and Joint Resolution No. 65 of the OFFICE OF THE TREASURY SECRETARY and No. 13 of the OFFICE OF THE FINANCE SECRETARY dated March 25, 2014, both from the MINISTRY OF ECONOMY AND PUBLIC FINANCE, and

WHEREAS:

Title III of the Law of Financial Administration and Control Systems for the National Public Sector No. 24,156 and its amendments regulated the Public Credit System, with Section 60 stipulating that agencies of the National Administration may not formalize any public credit transaction that is not included in the general budget law for the respective year or in a specific law.

Section 37 of Law No. 27,008 regarding the General Budget for the National Administration for the 2015 Fiscal Year, in accordance with the provisions of the Section mentioned in the previous paragraph, authorizes the agencies that are mentioned in the List Attached hereto, to carry out public credit transactions in the amounts, specifications and financing destination indicated in the referenced list, and authorizes the Agency Responsible for Coordination of the Financial Administration Systems of the National Public Sector to carry out the public credit transactions corresponding to the Central Administration.

Section 6 of the Annex to Decree No. 1,344 dated October 4, 2007, establishes that the duties of the Agency Responsible for Coordination of the Financial Administration Systems of the National Public Sector shall be carried out jointly by the OFFICE OF THE TREASURY SECRETARY and the OFFICE OF THE FINANCE SECRETARY, both under the MINISTRY OF ECONOMY AND PUBLIC FINANCE.

Under the framework of the financial scheduling of this Fiscal Year, it is advisable to issue TWO (2) new public debt securities denominated in Pesos, one with a term of ONE (1) year and another with a term of EIGHTEEN (18) months.

Section 3 of Joint Resolution No. 205 of the OFFICE OF THE TREASURY SECRETARY and No. 34 of the OFFICE OF THE FINANCE SECRETARY dated June 5, 2007, both from the former MINISTRY OF THE ECONOMY AND PRODUCTION, in addition to Joint Resolution No. 65 of the OFFICE OF THE TREASURY SECRETARY and No. 13 of the OFFICE OF THE FINANCE SECRETARY dated March 25, 2014, both from the MINISTRY OF ECONOMY AND PUBLIC FINANCE, approved the procedural regulations for the underwriting and settlement of the public debt securities on the local market.

Additionally, the authorities have deemed it necessary to make modifications to said procedural regulations, as well as to establish an amended text thereof.

The National Office of Public Credit, under the OFFICE OF THE ASSISTANT FINANCING SECRETARY of the OFFICE OF THE FINANCE SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE has reported that this operation is within the limits established in the List Attached to Section 37 of Law No. 27,008.

The Legal Affairs Department of the MINISTRY OF ECONOMY AND PUBLIC FINANCE has taken the necessary actions.

This measure shall be passed in light of the authority granted by Section 37 of Law No. 27,008 and by Section 6 of the Annex to Decree No. 1,344/07.

Now, therefore,

THE TREASURY SECRETARY

Case 1:09-cv-08757-TPG   Document 617-5   Filed 10/05/15   Page 4 of 31

AND

THE FINANCE SECRETARY:

HEREBY RESOLVE AS FOLLOWS:

**Section 1** — Order the issuance of "NATIONAL TREASURY BONDS, MAT. MARCH 2016" (BONAC March 2016) and "NATIONAL TREASURY BONDS, MAT. SEPTEMBER 2016" (BONAC September 2016) governed by the laws of the ARGENTINE REPUBLIC. The full amount of the issue of both securities together shall be up to an ORIGINAL PAR VALUE OF FIVE BILLION PESOS (ORIGINAL PAR VALUE ARS $5,000,000,000), according to the following financial conditions:

1) NATIONAL TREASURY BONDS, MAT. MARCH 2016 (BONAC March 2016).

Issue date: March 31, 2015.

Maturity date: March 31, 2016.

Term: ONE (1) year.

Currency for issue and payment: Pesos.

Amortization: Upon maturity.

Interest: Interest shall accrue at the Variable Rate, as defined below, paid quarterly on June 30, September 30 and December 31, 2015, and March 31, 2016. Interest shall be calculated based on the days actually passed and the exact number of days of each year (actual/actual). When a coupon matures on a non-business day, the date of payment for said coupon shall be the business day immediately following the original date of maturity, accruing interest until the date of actual payment.

Variable Rate: shall be equal to the simple arithmetic average of the implicit interest rates of the Internal Obligations of the CENTRAL BANK OF ARGENTINA in pesos, published by said agency in its press releases regarding bidding results, for the term closest to NINETY (90) days, without being less than SIXTY (60) days or greater than ONE HUNDRED TWENTY (120) days. The aforementioned average shall be calculated from SEVEN (7) business days before the start of each coupon until SEVEN (7) business days before the maturity of each coupon, including the former but excluding the latter ("Calculation Period"). In the event that two rates are published that are equidistant to the term of NINETY (90) days, the rate with the longer term shall be taken. Only the rates from securities corresponding to bids not declared void shall be taken into account for the average.

In the event that it is impossible to calculate the aforementioned average because of a lack of publications of these Internal Obligation Rates of the CENTRAL BANK OF ARGENTINA during the "Calculation Period," then the Variable Rate shall be determined as the sum of i) the simple arithmetic average of the interest rate for fixed-term deposits with a term of THIRTY (30) to THIRTY-FIVE (35) days of more than ONE MILLION PESOS (ARS $1,000,000) —BADLAR private banks average —calculated taking into account the rates published during the quarter by the CENTRAL BANK OF ARGENTINA from TEN (10) business days before the start of each coupon until TEN (10) business days before the maturity of each coupon, and ii) a margin of 395 (THREE HUNDRED NINETY-FIVE) basis points.

The Variable Rate shall be expressed as a percentage and shall be rounded to four decimal places.

Minimum denomination shall be: ORIGINAL PAR VALUE ONE PESO (ORIGINAL PAR VALUE ARS $1).

Underwriting: shall be carried out, in one or several tranches, as determined by the OFFICE OF THE FINANCE SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, according to the procedural regulations approved by Section 2 of this measure.

Negotiation: they shall be negotiable and they are requested to be listed on the ELECTRONIC OPEN MARKET (EOM) and in securities exchanges and markets in the country.

Ownership: Global Certificates shall be issued to the *Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros* (CRYL) [Center for Registration and Settlement of Public Liabilities and Financial Trusts] of the CENTRAL BANK OF ARGENTINA , in its capacity as Registration Agent for Bonds.

Tax exemptions: they shall benefit from all tax exemptions provided for by the Law and current applicable regulations.

Financial Services: payments shall be made through the CENTRAL BANK OF ARGENTINA through fund transfers to the respective cash accounts held by the registration account holders of said Institution.

2) NATIONAL TREASURY BONDS, MAT. SEPTEMBER 2016 (BONAC September 2016).

Issue date: March 31, 2015.

Case 1:09-cv-08757-TPG   Document 617-5   Filed 10/05/15   Page 5 of 31

Maturity date: September 30, 2016.

Term: EIGHTEEN (18) months.

Currency for issue and payment: Pesos.

Amortization: Upon maturity.

Interest: Interest shall accrue at the Variable Rate, as defined below, paid quarterly on June 30, September 30 and December 31, 2015, and March 31, June 30 and September 30, 2016. Interest shall be calculated based on the days actually passed and the exact number of days of each year (actual/actual). When a coupon matures on a non-business day, the date of payment for said coupon shall be the business day immediately following the original date of maturity, accruing interest until the date of actual payment.

Variable Rate: shall be equal to the simple arithmetic average of the implicit interest rates of the Internal Obligations of the CENTRAL BANK OF ARGENTINA in pesos, published by said agency in its press releases regarding bidding results, for the term closest to NINETY (90) days, without being less than SIXTY (60) days or greater than ONE HUNDRED TWENTY (120) days. The aforementioned average shall be calculated from SEVEN (7) business days before the start of each coupon until SEVEN (7) business days before the maturity of each coupon, including the former but excluding the latter ("Calculation Period"). In the event that two rates are published that are equidistant to the term of NINETY (90) days, the rate with the longer term shall be taken. Only the rates from securities corresponding to bids not declared void shall be taken into account for the average.

In the event that it is impossible to calculate the aforementioned average because of a lack of publications of these Internal Obligation Rates of the CENTRAL BANK OF ARGENTINA during the "Calculation Period," then the Variable Rate shall be determined as the sum of i) the simple arithmetic average of the interest rate for fixed-term deposits with a term of THIRTY (30) to THIRTY-FIVE (35) days of more than ONE MILLION PESOS (ARS $1,000,000) —BADLAR private banks average—calculated taking into account the rates published during the quarter by the CENTRAL BANK OF ARGENTINA from TEN (10) business days before the start of each coupon until TEN (10) business days before the maturity of each coupon, and ii) a margin of 365 (THREE HUNDRED SIXTY-FIVE) basis points.

The Variable Rate shall be expressed as a percentage and shall be rounded to four decimal places.

Minimum denomination shall be: ORIGINAL PAR VALUE ONE PESO (ORIGINAL PAR VALUE ARS $1).

Underwriting: shall be carried out, in one or several tranches, as determined by the OFFICE OF THE FINANCE SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, according to the procedural regulations approved by Section 2 of this measure.

Negotiation: they shall be negotiable and they are requested to be listed on the ELECTRONIC OPEN MARKET (EOM) and in securities exchanges and markets in the country.

Ownership: Global Certificates shall be issued to the *Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros* (CRYL) [Center for Registration and Settlement of Public Liabilities and Financial Trusts] of the CENTRAL BANK OF ARGENTINA , in its capacity as Registration Agent for Bonds.

Tax exemptions: they shall benefit from all tax exemptions provided for by the Law and current applicable regulations.

Financial Services: payments shall be made through the CENTRAL BANK OF ARGENTINA through fund transfers to the respective cash accounts held by the registration account holders of said Institution.

Sect. 2 — Substitute the "Procedure for Underwriting Public Debt Securities" regulations, approved by Section 3 of Joint Resolution No. 205 of the OFFICE OF THE TREASURY SECRETARY and No. 34 of the OFFICE OF THE FINANCE SECRETARY dated June 5, 2007, both from the MINISTRY OF ECONOMY AND PRODUCTION, in addition to the procedural regulations approved by Section 2 of Joint Resolution No. 65 of the OFFICE OF THE TREASURY SECRETARY and No. 13 of the OFFICE OF THE FINANCE SECRETARY, both of the MINISTRY OF ECONOMY AND PUBLIC FINANCE dated March 25, 2014 and its amendments, with those set forth as an Annex to this measure.

Sect. 3 — Authorize the Secretary of Finance, the Undersecretary of Financing, the National Director of the NATIONAL CREDIT BUREAU, the Director of Public Debt Administration, the Director of External Financing or the Coordinator Public Debt Registration Unit interchangeably, to sign the necessary documentation for the implementation of the transaction provided for by Section 1 of this measure.

Sect. 4— Let it be notified, published, and given to the National Department of the Official Registry and filed. — Juan C. Pezoa. — Pablo J. Lopez.

ANNEX

PROCEDURE FOR UNDERWRITING PUBLIC DEBT SECURITIES

The NATIONAL CREDIT BUREAU, under the OFFICE OF THE ASSISTANT FINANCE SECRETARY of the

MINISTRY OFFICE OF THE FINANCE SECRETARY OF FINANCE of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, shall take the actions necessary to underwrite the public debt securities in order to cover the financing needs determined by the VICE MINISTRY OF BUDGETING of the OFFICE OF THE TREASURY SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE and the OFFICE OF THE ASSISTANT FINANCE SECRETARY of the OFFICE OF THE FINANCE SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE.

Said underwriting shall be carried out through:

1. PUBLIC BID. Public bids may be by a) standard form agreement (expressing quantities) or b) through an indication of price, rate, margin or other bidding parameters as applicable.

In each of the bids to be carried out for underwriting the debt securities under system b), the offers may be channeled into TWO (2) tranches: The Competitive Tranche and Non-Competitive Tranche. In the Non-Competitive Tranche, offers will be accepted for up to ONE HUNDRED PERCENT (100%) of the total amount awarded in the Competitive Tranche. The Awarding System will be a Single Price Quotation System. If the bid is by price indication, the Awarding System may be Single Price or Multiple Price Quotation Systems.

1.1 The NATIONAL CREDIT BUREAU shall send the OFFICE OF THE ASSISTANT FINANCING SECRETARY a quote with the characteristics of the issuance and underwriting of the securities so it may be audited. Said quote shall contain at least the following bidding conditions:

- Method and minimum amount to bid.

- Currency.

- Type of security.

- Commission.

- Date of invitation to bid.

- Date and deadline for acceptance of offers.

- Settlement date.

- If it is a bid by price, the bidding system should be indicated: Single Price Quotation System or Multiple Prices.

- Minimum offer.

1.2 The OFFICE OF THE ASSISTANT FINANCING SECRETARY will analyze the bid, authorize it, and submit it for the consideration of the Agency Responsible for the Coordination of the Financial Administration Systems, which, provided there are no objections, will authorize it and send it to the NATIONAL CREDIT BUREAU to draw up a press release according to the instructions received from the OFFICE OF THE FINANCE SECRETARY.

1.3 The OFFICE OF THE FINANCE SECRETARY will then publish the press release with the invitation for bids mentioned in point 1.2, at least ONE (1) day before the date on which said bid will take place.

1.4 Form of presentation: The offers for acquisition of securities must be firm, made only through the Communication System provided by the OPEN ELECTRONIC MARKET (hereinafter, "SIOPEL"), and it must contain the following information:

- Identification of the Entity.

- Quantity requested in original par value.

- Competitive Tranche Price (in the event of a bid according to the system from point 1b) through price indication): must be expressed in each ORIGINAL PAR VALUE in ONE THOUSAND (1,000) PESOS or US DOLLARS with TWO (2) decimal places, depending on the currency of the security issue. Each offeror may present one or several offers, and may quote each of them at different prices.

- All offers presented that are incomplete, contain errors or transmissions that do not fulfill the requirements of the system provided by the Open Electronic Market will be automatically rejected.

Each offeror will be responsible for the offers issued from its terminal through the program provided by the Open Electronic Market.

1.5 Minimum offer: The minimum amount to present an offer shall be announced in the Press Release for the invitation to bid. In all cases, the offers must be expressed in multiples of the minimum denomination of the security up for bid.

1.6 Participants: The following may participate in the bids:

CLEARING AND SETTLEMENT AGENTS (COMPREHENSIVE and PRIVATE) and NEGOTIATION AGENTS registered with the NATIONAL SECURITIES COMMISSION (*COMISIÓN NACIONAL DE VALORES*, "CNV"). They must use the accounts open in the

Case 1:09-cv-08757-TPG Document 617-5 Filed 10/05/15 Page 7 of 31

Center for Registration and Settlement of Public Liabilities and Financial Trusts ([*Central de Registro and Liquidación de Pasivos Públicos and Fideicomisos Financieros*], hereinafter "CRYL") of the CENTRAL BANK OF ARGENTINA for purposes of settlement, whether they are their own or belong to the MARKETS authorized by the CNV if they do not have their own.

- All interested individuals or entities must express their interest by sending a statement of interest in due time and form through the agents detailed in the previous paragraph.

1.7 The NATIONAL CREDIT BUREAU will receive the offers, open them, and in the event of a bid under the system detailed in 1b), will list them by price, rate, margin or other bidding parameters as applicable. For those purposes, it will include the INTERNAL AUDIT UNIT of the MINISTRY OF ECONOMY AND PUBLIC FINANCE.

1.8 The NATIONAL CREDIT BUREAU will supply the analytical elements that will allow the OFFICE OF THE FINANCE SECRETARY or whoever it appoints to decide the par value or quantity or price, rate, margin or other cutoff parameters, as applicable, for the bid. Likewise, it will create the pre-award survey, detailing the par value amounts and cash amounts to be underwrote by each participant.

1.9 Acceptance of offers:

1.9.1 Bid under system 1a):

All offers presented will be accepted. In the event that the total offer exceeds the amount to be underwritten, the offers will be prorated proportionally to the amounts requested, rounding down to the next whole number so the par value is a multiple of the minimum denomination.

1.9.2 Bid under system 1b):

Non-Competitive Tranche: Non-Competitive offers will be accepted in full provided they do not exceed, in total, ONE HUNDRED PERCENT (100%) of the amount awarded in the Competitive Tranche. In the event that said total exceeds the mentioned limit, the offers will be prorated from said system to the amounts requested, rounding down to the next whole number so the par value is a multiple of the minimum denomination, even when it exceeds the abovementioned limit of ONE HUNDRED PERCENT (100%) established for this tranche.

The price, rate, margin or other parameter for awarding the non-competitive offers will be the price, rate, margin, or other cutoff parameter set for the Competitive Tranche.

In the event that the bid is carried out with multiple prices, the Non-Competitive Tranche will be awarded the average weighted price for the offers awarded in the competitive tranche.

Competitive Tranche: The OFFICE OF THE FINANCE SECRETARY will fully accept all offers that are priced higher than the cutoff price and in the case of bids by rate, margin or another parameter, a rate, margin or other parameter that is lower than that set as a cutoff rate, margin or other parameter. Offers for price, rate, margin or other cutoff parameter will be accepted until the amount to be awarded is covered, and they may continue to be prorated proportionally to the amounts requested at each price, rate, margin or other parameter.

1.10 The OFFICE OF THE FINANCE SECRETARY or whoever it appoints shall approve the award, and may declare the bid fully or partially void.

1.11 The NATIONAL CREDIT BUREAU shall communicate the results of the invitation to bid through the communication system provided by the Open Electronic Market, and they may be published by other means.

1.12 The documentation shall be kept under the responsibility of the Public Debt Administration Management, under the NATIONAL CREDIT BUREAU of the OFFICE OF THE ASSISTANT FINANCING SECRETARY of the OFFICE OF THE FINANCE SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, so the competent agencies may control it.

1.13 PROCEDURE FOR SETTLEMENT AND REGISTRATION.

1.13.1 The Public Debt Administration Office based on the authorized list referenced in point 1.8. above, shall send the CENTRAL BANK OF ARGENTINA the Global Certificates made out to the Bank and the lists containing the following information on the business day following the bid (T+1; T being the date of the bid):

- Bid date.

- Settlement date.

- Security and ISIN number.

- Entity name.

- Account number for the participating agent, its own account or that of a Market registered with the CNV, in the CRYL of the CENTRAL BANK OF ARGENTINA, where the securities will be credited.

Case 1:09-cv-08757-TPG   Document 617-5   Filed 10/05/15   Page 8 of 31

- Amount in cash that will be debited from the cash account of the participating agent, its own account or an account of a Market registered with the CNV, issued to the CENTRAL BANK OF ARGENTINA, in Pesos or US Dollars, as applicable.

- Par value that will be credited to the Registration Account of the participating agent, its own account or an account of a Market registered with the CNV.

The corresponding Global Certificates will be audited by the firm of the officials authorized for the corresponding issuance regulations.

1.13.2 The CENTRAL BANK OF ARGENTINA will settle the transactions at TWELVE O'CLOCK P.M., local time in the AUTONOMOUS CITY OF BUENOS AIRES on the settlement date determined at the time of the invitation to bid, in the amounts to be credited to the account of the NATIONAL TREASURY. At the same time, the par values will be credited in equal amounts from the awarded securities to the Registration Accounts of the participating agents, their own accounts or the Market accounts registered with the CNV,

1.13.3 The Public Debt Administration Office, based on the result of the underwriting, will register it by preparing the corresponding forms, in accordance with the provisions of the NATIONAL ACCOUNTING OFFICE, under the VICE MINISTRY OF BUDGETING of the OFFICE OF THE TREASURY SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE. The NATIONAL GENERAL TREASURY, under the VICE MINISTRY OF BUDGETING of the OFFICE OF THE TREASURY SECRETARY of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, will record the inflow of funds by preparing the corresponding forms.

## 2. DIRECT UNDERWRITING

Once the bids are received, the NATIONAL CREDIT BUREAU will create the Technical Report to be issued to the OFFICE OF THE ASSISTANT FINANCING SECRETARY, which, provided there are no objections thereto, will authorize and present it to the Agency Responsible for Coordination of the Financial Administration Systems of the National Public Sector, who, provided there are no objections, will authorize it and present it to the National Office mentioned to carry out the underwriting. It will be informed by the Public Debt Administration Office to make the debit from the checking account of the participating financial institution(s) in the CENTRAL BANK OF ARGENTINA, prepare the corresponding global certificate to be sent to the CRYL of the CENTRAL BANK OF ARGENTINA, and make the necessary registrations according to the provisions of the NATIONAL ACCOUNTING OFFICE. The NATIONAL TREASURY will record the inflow of funds by preparing the corresponding forms.

## OTHER PROVISIONS:

The OFFICE OF THE FINANCE SECRETARY, at the time of each invitation to bid, will decide and announce if the settlement may be made in the currency of the security and/or in any other currency. For these purposes, it will use the exchange rate of the CENTRAL BANK OF ARGENTINA for reference, from the day previous to the day of the bid, or the exchange rate used to convert currencies to US Dollars published by the aforementioned Institution, as applicable.

The presentation of the relevant entity assumes the authorization to debit its corresponding cash account in the CENTRAL BANK OF ARGENTINA.

C D I

Esta norma fue consultada a través de InfoLEG, base de datos del Centro de Documentación e Información,  Ministerio de Economía y
Finanzas Públicas.

**Secretaría de Hacienda**

**y**

**Secretaría de Finanzas**

**DEUDA PÚBLICA**

**Resolución Conjunta 31/2015 y 10/2015**

**Dispónese la emisión de "Bonos del Tesoro Nacional Vto. Marzo 2016" y "Bonos del Tesoro Nacional Vto. Septiembre 2016".**

Bs. As., 25/3/2015

VISTO el Expediente N° S01:0060556/2015 del Registro del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, la Ley de Administración Financiera y de los Sistemas de Control del Sector Público Nacional N° 24.156 y sus modificaciones, la Ley N° 27.008 de Presupuesto General de la Administración Nacional para el Ejercicio 2015, el Decreto N° 1.344 de fecha 4 de octubre de 2007, la Resolución Conjunta N° 205 de la SECRETARÍA DE HACIENDA y N° 34 de la SECRETARÍA DE FINANZAS de fecha 5 de junio de 2007, ambas del ex MINISTERIO DE ECONOMÍA Y PRODUCCIÓN y la Resolución Conjunta N° 65 de la SECRETARÍA DE HACIENDA y N° 13 de la SECRETARÍA DE FINANZAS de fecha 25 de marzo de 2014, ambas del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, y

CONSIDERANDO:

Que la Ley de Administración Financiera y de los Sistemas de Control del Sector Público Nacional N° 24.156 y sus modificaciones reguló en su Título III el Sistema de Crédito Público, estableciéndose en el Artículo 60 que las entidades de la Administración Nacional no podrán formalizar ninguna operación de crédito público que no esté contemplada en la ley de presupuesto general del año respectivo o en una ley específica.

Que la Ley N° 27.008 de Presupuesto General de la Administración Nacional para el Ejercicio 2015 en su Artículo 37 autoriza, de conformidad con lo dispuesto por el artículo citado en el considerando anterior, a los entes que se mencionan en la Planilla Anexa al mismo, a realizar operaciones de crédito público por los montos, especificaciones y destino del financiamiento indicados en la referida planilla, y autoriza al Órgano Responsable de la Coordinación de los Sistemas de Administración Financiera del Sector Público Nacional a realizar las operaciones de crédito público correspondientes a la Administración Central.

Que por el Artículo 6° del Anexo del Decreto N° 1.344 de fecha 4 de octubre de 2007 se establece que las funciones de Órgano Responsable de la Coordinación de los Sistemas que integran la Administración Financiera del Sector Público Nacional, serán ejercidas conjuntamente por la SECRETARÍA DE HACIENDA y la SECRETARÍA DE FINANZAS, ambas pertenecientes al MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS.

Que en el marco de la programación financiera del presente ejercicio se considera conveniente proceder a la emisión de DOS (2) nuevos instrumentos de deuda pública denominados en Pesos, uno a UN (1) año de plazo y otro a DIECIOCHO (18) meses de plazo.

Que por el Artículo 3° de la Resolución Conjunta N° 205 de la SECRETARÍA DE HACIENDA y N° 34 de la SECRETARÍA DE FINANZAS de fecha 5 de junio de 2007, ambas del ex MINISTERIO DE ECONOMÍA Y PRODUCCIÓN, complementada por la Resolución Conjunta N° 65 de la SECRETARÍA DE HACIENDA y N° 13 de la SECRETARÍA DE FINANZAS de fecha 25 de marzo de 2014, ambas del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, se aprobaron las normas de procedimiento para la colocación y liquidación de los títulos de la deuda pública a realizarse en el mercado local.

Que por otra parte las autoridades han considerado necesario realizar modificaciones a dichas normas de procedimiento, como así también establecer un texto ordenado de las mismas.

Que la Oficina Nacional de Crédito Público dependiente de la SUBSECRETARÍA DE FINANCIAMIENTO de la SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS ha informado que esta operación se encuentra dentro de los límites establecidos en la Planilla Anexa al Artículo 37 de la Ley N° 27.008.

Que la Dirección General de Asuntos Jurídicos del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS ha tomado la intervención que le compete.

Que la presente medida se dicta en virtud de las facultades conferidas por el Artículo 37 de la Ley N° 27.008 y por el Artículo 6° del Anexo del Decreto N° 1.344/07.

Por ello,

EL SECRETARIO DE HACIENDA

Y

EL SECRETARIO DE FINANZAS

RESUELVEN:

**Artículo 1° —** Dispónese la emisión de "BONOS DEL TESORO NACIONAL VTO. MARZO 2016" (BONAC marzo 2016) y "BONOS DEL TESORO NACIONAL VTO. SEPTIEMBRE 2016" (BONAC septiembre 2016) cuya ley aplicable es la de la REPÚBLICA ARGENTINA. La totalidad del monto de emisión de ambos títulos en conjunto será de hasta VALOR NOMINAL ORIGINAL DE PESOS CINCO MIL MILLONES (V.N.O. $ 5.000.000.000), conforme las siguientes condiciones financieras:

1) BONOS DEL TESORO NACIONAL VTO. MARZO 2016 (BONAC marzo 2016).

Fecha de emisión: 31 de marzo de 2015.

Fecha de vencimiento: 31 de marzo de 2016.

Plazo: UN (1) año.

Moneda de emisión y pago: Pesos.

Amortización: Íntegra al vencimiento.

Interés: devengará intereses a la Tasa Variable, conforme se define a continuación, pagaderos trimestralmente los días 30 de junio, 30 de septiembre y 31 de diciembre todos de 2015 y 31 de marzo de 2016. Los intereses serán calculados sobre la base de los días efectivamente trascurridos y la cantidad exacta de días que tiene cada año (actual/actual). Cuando el vencimiento de un cupón no fuere un día hábil, la fecha de pago del cupón será el día hábil inmediato posterior a la fecha de vencimiento original, devengándose intereses hasta la fecha de efectivo pago.

Tasa Variable: será el equivalente al promedio aritmético simple de las tasas de interés implícitas de Letras Internas del BCRA en pesos, publicadas por dicha entidad en sus Comunicados de resultados de licitaciones, para el plazo más próximo a NOVENTA (90) días, que no podrá ser inferior a SESENTA (60) días ni superior a CIENTO VEINTE (120) días. El mencionado promedio se calculará desde SIETE (7) días hábiles antes del inicio de cada cupón hasta SIETE (7) días hábiles antes del vencimiento de cada cupón, incluyendo el primero pero excluyendo el último ("Período de Cálculo"). En caso de que se publiquen dos tasas equidistantes al plazo de NOVENTA (90) días se tomará la de mayor plazo. Solo integrarán el promedio las tasas de los instrumentos correspondientes a licitaciones no declaradas desiertas.

En caso que resulte imposible el cálculo del promedio mencionado ante la falta de publicaciones de esas Tasas de Letras Internas del BCRA durante el "Período de Cálculo" entonces la Tasa Variable se determinará como la suma de i) el promedio aritmético simple de la tasa de interés para depósitos a plazo fijo de TREINTA (30) a TREINTA Y CINCO (35) días de plazo de más de PESOS UN MILLON ($ 1.000.000) —BADLAR promedio bancos privados—, calculado considerando las tasas publicadas durante el trimestre por el BANCO CENTRAL DE LA REPUBLICA ARGENTINA desde DIEZ (10) días hábiles antes del inicio de cada cupón hasta DIEZ (10) días hábiles antes del vencimiento de cada cupón, y ii) un margen de (TRESCIENTOS SESENTA Y CINCO) 365 puntos básicos.

La Tasa Variable se expresará de manera porcentual y se redondeará a cuatro decimales.

Denominación mínima: será de VALOR NOMINAL ORIGINAL PESOS UNO (V.N.O. $ 1).

Colocación: se llevará a cabo, en uno o varios tramos, según lo determine la SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, conforme las normas de procedimiento aprobadas por el Artículo 2° de la presente medida.

Negociación: serán negociables y se solicitará su cotización en el MERCADO ABIERTO ELECTRÓNICO (MAE) y en bolsas y mercados de valores del país.

Titularidad: se emitirán Certificados Globales a nombre de la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA (CRYL), en su carácter de Agente de Registro de los Bonos.

Exenciones impositivas: gozarán de todas las exenciones impositivas dispuestas por las leyes y reglamentaciones vigentes en la materia.

Atención de los servicios financieros: los pagos se cursarán a través del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA mediante transferencias de fondos en las respectivas cuentas de efectivo que posean los titulares de cuentas de registro en dicha Institución.

2) BONOS DEL TESORO NACIONAL VTO. SEPTIEMBRE 2016 (BONAC septiembre 2016).

Fecha de emisión: 31 de marzo de 2015.

Fecha de vencimiento: 30 de septiembre de 2016.

Plazo: DIECIOCHO (18) meses.

Moneda de emisión y pago: Pesos.

Amortización: íntegra al vencimiento.

Interés: devengará intereses a la Tasa Variable, conforme se define a continuación, pagaderos trimestralmente los días 30 de junio, 30 de septiembre y 31 de diciembre todos de 2015 y 31 de marzo, 30 de junio y 30 de septiembre, todos de 2016. Los intereses serán calculados sobre la base de los días efectivamente trascurridos y la cantidad exacta de días que tiene cada año (actual/actual). Cuando el vencimiento de un cupón no fuere un día hábil, la fecha de pago del cupón será el día hábil inmediato posterior a la fecha de vencimiento original, devengándose intereses hasta la fecha de efectivo pago.

Tasa Variable: será el equivalente al promedio aritmético simple de las tasas de interés implícitas de Letras Internas del BCRA en pesos, publicadas por dicha entidad en sus Comunicados de resultados de licitaciones, para el plazo más próximo a NOVENTA (90) días, que no podrá ser inferior a SESENTA (60) días ni superior a CIENTO VEINTE (120) días. El mencionado promedio se calculará desde SIETE (7) días hábiles antes del inicio de cada cupón hasta SIETE (7) días hábiles antes del vencimiento de cada cupón, incluyendo el primero pero excluyendo el último ("Período de Cálculo"). En caso de que se publiquen dos tasas equidistantes al plazo de NOVENTA (90) días se tomará la de mayor plazo. Solo integrarán el promedio las tasas de los instrumentos correspondientes a licitaciones no declaradas desiertas.

En caso que resulte imposible el cálculo del promedio mencionado ante la falta de publicaciones de esas Tasas de Letras Internas del BCRA durante el "Período de Cálculo" entonces la Tasa Variable se determinará como la suma de i) el promedio aritmético simple de la tasa de interés para depósitos a plazo fijo de TREINTA (30) a TREINTA Y CINCO (35) días de plazo de más de PESOS UN MILLON ($ 1.000.000) —BADLAR promedio bancos privados—, calculado considerando las tasas publicadas durante el trimestre por el BANCO CENTRAL DE LA REPUBLICA ARGENTINA desde DIEZ (10) días hábiles antes del inicio de cada cupón hasta DIEZ (10) días hábiles antes del vencimiento de cada cupón, y ii) un margen de TRESCIENTOS NOVENTA Y CINCO (395) puntos básicos.

La Tasa Variable se expresará de manera porcentual y se redondeará a cuatro decimales.

Denominación mínima: será de VALOR NOMINAL ORIGINAL PESOS UNO (V.N.O. $ 1).

Colocación: se llevará a cabo, en uno o varios tramos, según lo determine la SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, conforme las normas de procedimiento aprobadas por el Artículo 2° de la presente medida.

Negociación: serán negociables y se solicitará su cotización en el MERCADO ABIERTO ELECTRÓNICO (MAE) y en bolsas y mercados de valores del país.

Titularidad: se emitirán Certificados Globales a nombre de la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA (CRYL), en su carácter de Agente de Registro de los Bonos.

Exenciones impositivas: gozarán de todas las exenciones impositivas dispuestas por las leyes y reglamentaciones vigentes en la materia.

Atención de los servicios financieros: los pagos se cursarán a través del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA mediante transferencias de fondos en las respectivas cuentas de efectivo que posean los titulares de cuentas de registro en dicha Institución.

**Art. 2° —** Sustitúyense las normas de "Procedimiento para la Colocación de Instrumentos de Deuda Pública", aprobadas por el Artículo 3° de la Resolución Conjunta N° 205 de la SECRETARÍA DE HACIENDA y N° 34 de la SECRETARÍA DE FINANZAS de fecha 5 de junio de 2007, ambas del ex MINISTERIO DE ECONOMÍA Y PRODUCCIÓN, complementadas por las normas de procedimiento aprobadas por el Artículo 2° de la Resolución Conjunta N° 65 de la SECRETARÍA DE HACIENDA y N° 13 de la SECRETARÍA DE FINANZAS, ambas del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS de fecha 25 de marzo de 2014 y sus modificatorias, por las que obran como Anexo de la presente medida.

**Art. 3° —** Autorízase al Secretario de Finanzas, o al Subsecretario de Financiamiento, o al Director Nacional de la Oficina Nacional de Crédito Público o al Director de Administración de la Deuda Pública o al Director de Financiación Externa o al Coordinador de la Unidad de Registro de la Deuda Pública, a suscribir en forma indistinta la documentación necesaria para la implementación de la operación dispuesta por el Artículo 1° de la presente medida.

**Art. 4° —** Comuníquese, publíquese, dése a la Dirección Nacional del Registro Oficial y archívese. — Juan C. Pezoa. — Pablo J. Lopez.

ANEXO

PROCEDIMIENTO PARA LA COLOCACIÓN DE INSTRUMENTOS DE DEUDA PÚBLICA

La OFICINA NACIONAL DE CRÉDITO PÚBLICO dependiente de la SUBSECRETARÍA DE FINANCIAMIENTO de la

SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, llevará a cabo las acciones necesarias para la colocación de los instrumentos de la deuda pública, a fin de cubrir las necesidades de financiamiento determinadas por la SUBSECRETARÍA DE PRESUPUESTO de la SECRETARÍA DE HACIENDA del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS y la SUBSECRETARÍA DE FINANCIAMIENTO de la SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS.

Dicha colocación podrá ser efectuada mediante:

1. LICITACION PÚBLICA. Las licitaciones públicas podrán ser por a) adhesión (expresando cantidades) o b) mediante indicación de precio, tasa, margen u otros parámetros a licitar según corresponda.

En cada una de las licitaciones a llevarse a cabo para la colocación de los títulos de deuda bajo la modalidad b), las ofertas podrán canalizarse en DOS (2) tramos: Tramo Competitivo y Tramo no Competitivo. Se aceptarán ofertas en el Tramo no Competitivo por hasta un CIEN POR CIENTO (100%) del total del monto adjudicado en el Tramo Competitivo. El Sistema de Adjudicación será Holandés de Precio Único. Si la licitación es por indicación de precio, el Sistema de Adjudicación podrá ser Holandés de Precio Único o Precios Múltiples.

1.1. La OFICINA NACIONAL DE CRÉDITO PÚBLICO remitirá a la SUBSECRETARÍA DE FINANCIAMIENTO una propuesta con las características de la emisión y colocación de los títulos para su intervención. Dicha propuesta contendrá como mínimo las siguientes condiciones para la licitación:

- Modalidad y Monto mínimo a licitar.

- Moneda.

- Tipo de instrumento.

- Comisiones.

- Fecha del llamado a licitación.

- Fecha y horario límite de recepción de ofertas.

- Fecha de liquidación.

- En el caso de licitación por precio se indicará el sistema de adjudicación: Holandés de Precio Único o Precios Múltiples.

- Oferta mínima.

1.2. La SUBSECRETARÍA DE FINANCIAMIENTO analizará la propuesta, la conformará y la elevará a consideración del Órgano Responsable de la Coordinación de los Sistemas de Administración Financiera, el que de no mediar objeciones, lo conformará y remitirá a la OFICINA NACIONAL DE CRÉDITO PUBLICO para que elabore un comunicado de prensa conforme las instrucciones recibidas de la SECRETARÍA DE FINANZAS.

1.3. La SECRETARÍA DE FINANZAS procederá a publicar el Comunicado de Prensa con el llamado a licitación citado en el punto 1.2, por lo menos UN (1) día antes de la fecha en que se lleve a cabo cada licitación.

1.4. Forma de presentación: Las ofertas para adquisición de los valores deberán ser realizadas en firme, únicamente por intermedio del Sistema de Comunicaciones provisto por el MERCADO ABIERTO ELECTRONICO (en adelante "SIOPEL"), debiendo contener la siguiente información:

- Identificación de la Entidad.

- Cantidad en valor nominal original solicitado.

- Precio en el Tramo Competitivo (para el caso de licitación por modalidad del punto 1b) por indicación de precio): deberá ser expresado por cada VALOR NOMINAL ORIGINAL de PESOS o DOLARES ESTADOUNIDENSES UN MIL (1.000) con DOS (2) decimales, de acuerdo a la moneda de emisión del título. Cada oferente podrá presentar una o varias ofertas, pudiendo cotizar cada una de ellas a distintos precios.

- Todas aquellas ofertas presentadas en forma incompleta, con errores o transmisiones que no cumplan con los requerimientos del sistema provisto por el MAE, serán automáticamente rechazadas.

- Cada oferente será responsable por las ofertas emitidas desde su terminal, a través del programa provisto por el MAE.

1.5. Oferta mínima: El monto mínimo para la presentación de ofertas será anunciado en el Comunicado de Prensa del llamado a licitación. En todos los casos las ofertas deberán expresarse en múltiplos de la denominación mínima del instrumento a licitar.

1.6. Participantes: Podrán participar de las licitaciones:

- Los AGENTES DE LIQUIDACIÓN Y COMPENSACIÓN (INTEGRALES y PROPIOS) y AGENTES DE NEGOCIACIÓN registrados en la COMISIÓN NACIONAL DE VALORES ("CNV"), debiendo utilizar a los efectos de la liquidación las cuentas

abiertas en la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros (en adelante "CRYL") del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA ya sean propias o de los MERCADOS autorizados por la CNV en caso de no contar con las mismas.

- Todas aquellas personas físicas o jurídicas interesadas, debiendo a estos efectos dirigir sus manifestaciones de interés en tiempo y forma a través de los agentes detallados en el párrafo anterior.

1.7. La OFICINA NACIONAL DE CRÉDITO PÚBLICO recibirá las ofertas, procederá a su apertura y, para el caso de licitación bajo la modalidad del punto 1b), efectuará un ordenamiento por precio, tasa, margen u otros parámetros a licitar según corresponda. A tales efectos, dará intervención a la UNIDAD AUDITORÍA INTERNA del MINISTERIO DE ECONOMIA Y FINANZAS PÚBLICAS.

1.8. La OFICINA NACIONAL DE CRÉDITO PÚBLICO suministrará los elementos de análisis que le permitan a la SECRETARÍA DE FINANZAS o a quien ésta designe, decidir la cantidad de valor nominal o precio, tasa, margen u otros parámetros de corte, según corresponda, para la adjudicación. Asimismo, elaborará el listado de preadjudicación detallando los importes en valores nominales y efectivos a ser colocados a cada participante.

1.9. Aceptación de ofertas:

1.9.1 Licitación bajo la modalidad 1a):

Se aceptarán todas las ofertas presentadas. En caso que el total ofertado supere el monto a colocar, se procederá a prorratear las ofertas en forma proporcional a los montos solicitados, redondeándose hacia abajo al entero más cercano para que el valor nominal otorgado sea múltiplo de la denominación mínima.

1.9.2 Licitación bajo la modalidad 1b):

Tramo no Competitivo: Las ofertas no competitivas se aceptarán en su totalidad siempre y cuando las mismas no superen en total el CIEN POR CIENTO (100%) del monto adjudicado en el Tramo Competitivo. En el caso que dicho total supere el mencionado límite se procederá a prorratear las ofertas de dicho tramo en forma proporcional a los montos solicitados, redondeándose hacia arriba, para que el valor nominal otorgado sea múltiplo de la mínima denominación, aún cuando se supere el precitado límite del CIEN POR CIENTO (100%) establecido para este tramo.

El precio, tasa, margen u otro parámetro para la adjudicación de las ofertas no competitivas será el precio, tasa, margen u otro parámetro de corte que se fije para el Tramo Competitivo.

Para el caso que la licitación se realice por precios múltiples el Tramo no Competitivo se adjudicará al precio promedio ponderado de las ofertas adjudicadas en el tramo competitivo.

Tramo Competitivo: La SECRETARÍA DE FINANZAS aceptará en su totalidad las ofertas que tengan un precio mayor al que se fije como precio de corte y para el caso de las licitaciones por tasa, margen u otro parámetro, una tasa, margen u otro parámetro menor al que se fije como tasa, margen u otro parámetro de corte. Las ofertas al precio, tasa, margen u otro parámetro de corte serán aceptadas hasta cubrir el monto a adjudicar, pudiéndose proceder a efectuar prorrateos en forma proporcional a los montos solicitados a dicho precio, tasa, margen u otro parámetro.

1.10. La SECRETARÍA DE FINANZAS o quien ésta designe conformará la adjudicación, pudiendo declarar total o parcialmente desierta la licitación.

1.11. La OFICINA NACIONAL DE CRÉDITO PÚBLICO comunicará a través de la red de comunicaciones provista por el MAE, los resultados correspondientes al llamado a licitación, pudiendo ser publicados por otros medios.

1.12. La documentación quedará en poder de la Dirección de Administración de la Deuda Pública dependiente de la OFICINA NACIONAL DE CRÉDITO PÚBLICO de la SUBSECRETARÍA DE FINANCIAMIENTO de la SECRETARÍA DE FINANZAS del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, para el control por parte de los organismos competentes.

1.13 PROCEDIMIENTO PARA LA LIQUIDACIÓN Y REGISTRACIÓN.

1.13.1. La Dirección de Administración de la Deuda Pública en base al listado conformado al que hace referencia el punto 1.8. precedente, procederá a remitir al BANCO CENTRAL DE LA REPÚBLICA ARGENTINA al día hábil siguiente de la licitación (T+1; siendo T el día de la licitación) los Certificados Globales a nombre de ese Banco y los listados conteniendo la siguiente información:

- Fecha de licitación.

- Fecha de liquidación.

- Instrumento y número de ISIN.

- Denominación de la entidad.

- Número de cuenta del agente participante, propia o de un Mercado registrado ante CNV, en la CRYL del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA, donde se acreditarán los títulos.

- Importe en valor efectivo que será debitado de la cuenta de efectivo del agente participante, propia o de un Mercado registrado ante CNV, radicada en el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA, en Pesos o Dólares Estadounidenses, según corresponda.

- Importe en valor nominal que será acreditado en la Cuenta de Registro del agente participante, propia o de un Mercado registrado ante CNV.

Los correspondientes Certificados Globales serán intervenidos con la firma de los funcionarios autorizados en las correspondientes normas de emisión.

1.13.2. EL BANCO CENTRAL DE LA REPÚBLICA ARGENTINA efectuará la liquidación de las operaciones a las DOCE (12) horas de la CIUDAD AUTÓNOMA DE BUENOS AIRES de la fecha de liquidación determinada al momento del llamado a licitación, por los montos a ser acreditados en la cuenta del TESORO NACIONAL. Simultáneamente procederá a acreditar los valores nominales equivalentes de los instrumentos adjudicados en las Cuentas de Registro de los agentes participantes, propia o de los Mercados registrado ante CNV,

1.13.3. La Dirección de Administración de la Deuda Pública en base al resultado de la colocación, procederá a registrar la misma mediante la confección de los formularios correspondientes, de acuerdo a las disposiciones de la CONTADURÍA GENERAL DE LA NACIÓN dependiente de la SUBSECRETARÍA DE PRESUPUESTO de la SECRETARÍA DE HACIENDA del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS. La TESORERÍA GENERAL DE LA NACIÓN dependiente de la SUBSECRETARÍA DE PRESUPUESTO de la SECRETARÍA DE HACIENDA del MINISTERIO DE ECONOMÍA Y FINANZAS PÚBLICAS, procederá a registrar el ingreso de los fondos mediante la confección de los formularios correspondientes.

2. COLOCACIÓN DIRECTA

Una vez recibida/s la/s propuesta/s, la OFICINA NACIONAL DE CRÉDITO PÚBLICO elaborará el Informe Técnico pertinente a ser remitido a la SUBSECRETARÍA DE FINANCIAMIENTO, la que, de no mediar objeciones, lo conformará y lo elevará al Órgano Responsable de la Coordinación de los Sistemas de Administración Financiera del Sector Público Nacional, quien de no mediar objeciones, lo conformará y remitirá a la Oficina Nacional mencionada para que efectúe la correspondiente colocación. La misma será informada a la Dirección de Administración de la Deuda Pública para que instruya el débito en la cuenta corriente de la/s entidad/es financiera/s participante/s en el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA, confeccione el certificado global correspondiente a ser remitido a la CRYL del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA, y realice las registraciones pertinentes de acuerdo a las disposiciones de la CONTADURÍA GENERAL DE LA NACIÓN. La TESORERÍA GENERAL DE LA NACIÓN procederá a registrar el ingreso de los fondos mediante la confección de los formularios correspondientes.

OTRAS DISPOSICIONES:

La SECRETARÍA DE FINANZAS, al momento de cada llamado a licitación, decidirá y anunciará si la liquidación podrá efectuarse en la moneda de origen del título y/o en otra moneda. A esos efectos se utilizará el tipo de cambio de referencia del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA del día anterior al de la licitación, o el tipo de pase para convertir monedas a dólares estadounidenses que publica la citada Institución, según corresponda.

La presentación de la entidad interviniente presupone la autorización para debitar su correspondiente cuenta de efectivo en el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA.

# EXHIBIT 20

`<HELP>` for explanation.

This Message is Non-forwardable, `<Menu>` to Return

1) Delete    2) Reply    22) Reply All    3) Forward    12) Prev    11) Next    99) Options    Message: View

✓            Apr 21 2015 08:53:09
    From • DB CREDIT TRADING (DEUTSCHE BANK SECURI)
  Subject   Fwd:*** Argentina Announces BONAR 2024 Auction ***
 Attached   No Attachments                                    91) ☆    92) Move    94) Tags

----- Original Message -----
From: DEUTSCHE NEW YORK SYNDICATE (DEUTSCHE BANK SECURI)
At: Apr 21 2015 08:51:10

Sales just as an FYI - Argentina has announced an auction of the BONAR 2024s,
please see link below:

http://www.mecon.gob.ar/llamado-a-licitacion-de-bonos-de-la-nacion-argentina-en-
dolares-estadounidenses-875-2024-bonar-2024/}

----Disclaimer----
This has been prepared solely for informational purposes. It is not an offer,
recommendation or solicitation to buy or sell, nor is it an official
confirmation of terms. It is based on information generally available to the
public from sources believed to be reliable. No representation is made that it

# EXHIBIT 21



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached article by Paola Quain, dated

May 3, 2015.

Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 7th day of May, 20 15.

DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

HIDDEN FACES OF ELECTORAL CREDIT

# Pepa and Szpigiel, the operators behind the "financial summer"

These young Argentines working on Wall Street did big business with the Bonar 24. Their ties with Diego Marynberg.

**By Paola Quain** | 05/03/2015 | 00:36

Related content
"The Bonar had dropped inexplicably"

As days go by, more information is coming to light from behind the scenes of the latest debt placement that allowed the Government to boost Central Bank reserves. With the recent Bonar 24 issue, the economic team not only managed to capture the attention of foreign mutual funds, amassing a sum of USD $1.415 billion, which it expects to increase in future transactions, but was also able to strengthen ties with some lesser-known figures from the financial world, the cornerstones of the current "summer" in Buenos Aires. They are Jorge Pepa and Gabriel Szpigiel, two of the operation's key men who played a central role when it came to underwriting the debt. The former is a young Argentine in his early thirties who lives in New York and works for Diego Marynberg's firm, Latam Securities. Meanwhile, Szpigiel, a former officer of Deutsche Bank for six years, is now a partner of the Marathon Asset Management fund, which was among the top bond underwriters in this latest issue.

Market operators recounted the details of this fund's intervention firsthand. "Marathon was among the first they called to offer the Argentine securities." The dialogue took place on April 21, and so they bought nearly 50% of the offering.

Both names are reemerging after a formal complaint targeted Minister Axel Kicillof last October regarding a transaction for USD $200 million in bonds that the Central Bank allegedly sold to UBS Bank—where Jorge Pepa worked at the time—which then were purportedly repurchased by Latam Securities. For market operators, who link the young financier to Deputy Minister of Economy Emmanuel Alvarez Agis, "what is totally clear is that Pepa, Szpigiel and Marynberg are close friends and operate in conjunction with one another."

According to what operators told *PERFIL*, Pepa's goal is to become the nexus between the government and other funds in the Treasury issues that are planned for the coming months. For the time being, the market expects Marathon—founded in 1998, headquartered in New York with a presence in London and Singapore, managing nearly USD $12.5 billion in capital all over the world—to keep up its demand for Argentine bonds.

More funds. But other funds also participated. One of them, Brevan Howard, is among the largest in Europe, and a good portion of its investments are allocated to risky investments. Another portion of Bonar 24 went to Stone Harbour, a fund that manages some USD $52.3 billion, with a presence in the major markets, specifically geared toward acquiring high-yield debt from the so-called emerging markets.

The list continues with Gramercy, a fund founded in 1998, also dedicated to emerging markets with USD $5.4 billion, headquartered in Greenwich, which knew to stick close to the Government in the fight with the vulture funds. ANSES [Argentine National Social Security Administration] was also among those who participated in the placement, for an amount estimated at approximately USD $300 million.

Prices. Financiers with ties to the operation on Tuesday, April 21, indicated that the huge sum that the Government was able to raise came mostly in response to the high yield on Argentine debt, which easily exceeds the rate paid on similar bonds from other countries. Furthermore, they recalled that Deutsche Bank charged customers USD $1, because they bought at USD $103 and later sold at USD $104.

According to analysts, there was an implicit 1% commission on account of the risks assumed by the institution, given the limits imposed by Judge Thomas Griesa. Just as *PERFIL* had anticipated, Deutsche Bank played a

Pepa and Szpigiel, the operators behind the "financial summer"

fundamental role, taking nearly half of the issued amount.

The institution, whose entourage was led by the Mexican Alberto Ardura, along with JP Morgan, had signed an agreement in February with the Argentine government, drafted by the law firm Shearman & Sterling of New York, to move forward with a series of market studies to gauge investors' interest through London subsidiaries.

ROSTROS OCULTOS DEL CREDITO ELECTORAL

# Pepa y Szpigiel, los operadores detrás del 'veranito financiero'

Los jóvenes argentinos que trabajan en Wall Street hicieron un gran negocio con el Bonar 24. Sus lazos con Diego Marynberg.

**Por Paola Quain** | 03/05/2015 | 00:35

Con el paso de los días, van quedando a la luz más datos sobre la trastienda de la última colocación de deuda que le

**Contenido relacionado**

› "El Bonar había bajado inexplicablemente"

permitió al Gobierno fortalecer las reservas del Banco Central. Con la reciente emisión del Bonar 24 el equipo económico no sólo logró captar la atención de fondos comunes de inversión del exterior para sumar US$ 1.415 millones que espera ampliar en futuras operaciones, sino que también pudo consolidar los vínculos con personajes no muy conocidos del mundo financiero, claves para el actual "veranito" de la City porteña.

Se trata de Jorge Pepa y Gabriel Szpigiel, dos hombres clave en la operatoria que ocuparon un lugar protagónico en el momento de suscribir deuda. El primero, un joven argentino de poco más de 30 años que vive en Nueva York y trabaja para la firma Latam Securities de Diego Marynberg, en tanto que Szpigiel, ex funcionario del Deutsche Bank por seis años, es ahora socio del fondo Marathon Asset Management, uno de los que más bonos suscribieron en la última emisión.

Operadores del mercado contaron de primera mano cóm fue la intervención de este fondo. "Marathon fue uno de los primeros a los que llamaron para ofrecerles los títulos argentinos". El diálogo se produjo el 21 de abril y así compraron casi el 50% de lo ofertado.

Los nombres de ambos resurgen después de que en octubre pasado una denuncia apuntara al ministro Axel Kicillof por una transacción de US$ 200 millones en bonos que el Banco Central le habría vendido al banco UBS —donde antes trabajaba Jorge Pepa —, que luego habrían sido recomprados por Latam Securities. Para operadores del mercado, que vinculan al joven financista con el viceministro de Economía Emmanuel Alvarez Agis, "lo que es totalmente claro es que Pepa, Szpigiel y Marynberg son íntimos amigos y operan en conjunto".

Según señalaron operadores a PERFIL, el objetivo de Pepa es convertirse en el nexo entre el Gobierno y otros fondos en las emisiones que, desde la cartera de Hacienda planean para los próximoes meses. Por el momento, en el mercado esperan que Marathon, fundado en 1998 con sede en Nueva York y presencia en Londres y Singapur y que maneja cerca de US$ 12,5 mil millones de capitales a lo largo de todo el mundo, seguirá demandando bonos argentinos.

Más fondos. Pero también participaron otros fondos. Brevan Howard, uno de ellos, se encuentra entre las más importantes de Europa y entre sus inversiones, buena parte está destinada a inversiones riesgosas. Otra porción de Bonar 24 fue a manos de Stone Harbour, un fondo que administra unos US$ 52,3 mil millones, con presencia en los principales mercados, es una firma orientada específicamente a adquirir deuda de alto rendimiento de los denominados mercados emergentes.

La lista continúa con Gramercy, el fondo fundado en 1998 también dedicado a mercados emergentes con $ 5,4 mil millones tiene sede en Greenwich, y supo estar cerca del Gobierno en la pelea con los fondos buitre. Entre los que participaron de la colocación también se sumó a la Anses, por montos que fueron estimados en unos US$ 300 millones.

Precios. Financistas vinculados a la operatoria del martes 21 de abril, señalaron que la abultada suma que logró recaudar el Gobierno respondió más los altos rendimientos de la deuda argentina que superan ampliamente la tasa que pagan bonos similares de otros países. Además, recordaron que el Deutsche Bank cobró US$ 1 a los clientes, porque compraron a US$ 103 y vendieron luego a US$ 104.

De acuerdo con los analistas existió una comisión implícita de 1% por los riesgos que asumió la entidad ante los límites impuestos por el juez Thomas Griesa. Tal como había anticipado PERFIL, el Deutsche Bank tuvo un rol fundamental tomando cerca de la mitad

Pepa y Szpigiel, los operadores detrás del 'veranito financero'                                    Page 2 of 2

del monto emitido.

La entidad, cuya comitiva estaba liderada por el mexicano Alberto Ardura, había firmado en febrero junto con JP Morgan con el gobierno argentino, un acuerdo redactado por el estudio Sherman & Sterling's de Nueva York, para llevar adelante una serie de sondeos en el mercado para testear el interés de inversores a través de subsidiarias de Londres.

# EXHIBIT 22
# **FILED UNDER SEAL**

# EXHIBIT 23

# **FILED UNDER SEAL**

# EXHIBIT 24



translations@geotext.com
www.geotext.com

STATE OF NEW YORK          )
                           )
                           )    ss
COUNTY OF NEW YORK         )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached tweet by Alejandro Vanoli.

Ken Hetzel, Senior Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this _28_ day of _April_, 20 _15_.

LYNDA GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6205401
Qualified in New York County
My Commission Expires May 11, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

**Alejandro Vanoli**
@VanoliAlejandro

## Today the international reserves increased by 1.247 billion an important day for Argentines

⊕ View translation

↩   ↻   ★      •••

RETWEETS    FAVORITES
46          23       

11:24 AM - 23 Apr 2015

**Alejandro Vanoli**
@VanoliAlejandro

Hoy las reservas internacionales subieron 1.247 millones un día importante para los argentinos

🌐 View translation

RETWEETS
46

FAVORITES
23

11:24 AM - 23 Apr 2015